AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District _____ District of Alabama Northern Division

C & J Associates Pest Control
Curtis Duncan

V.

Bob Riley etal

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)  Governor Bob Riley
600 Dexter Avenue (State Capitol)
Montgomery, AL. 36130-2751

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

|..||..||.....||...||||...|.|..|
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

10/4/06

DATE

(By) DEPUTY CLERK

⬙AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ _____  District of  _Alabama Northern Division_

C & J Associates Pest Control
Curtis Duncan

v.
Riley etal
Drayton Nabers

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)  _Chief Justice Drayton Nabers_
_300 Dexter Ave_
_Montgomery, AL 36104 - 3741_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

|.,ll.,ll....,ll.,llll,,l.l.,l
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
_____              10/4/06
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle_     District of _Alabama Northern Division_

C & J Associates Pest Control
Curtis Duncan

v.

Riley et al

James Main

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

Finance Director James Main
135-N State Capitol/ 600 Dexter
Montgomery, AL. 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____
(By) DEPUTY CLERK

_10/4/06_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama Northern Division_

C & J Associates Pest Control
Curtis Duncan
              v.
       Riley et al
Troy King

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

Attorney General - Troy King
11 South Union Street
Montgomery, AL. 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

|..||..||.....||...|||||...|.|..|
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                          _10/4/06_

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama Northern Division_

C & J Associates Pest Control
Curtis Duncan
v.
Riley et al
Kathy Sawyer

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant) Commissioner of Mental Health
and Mental Retardation
Kathy Sawyer
100 N. Union Street
Montgomery, AL 36130-1410

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL 36110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                          10/4/06

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____ Middle _____ District of __Alabama Northern Division__

C & J Associates Pest Control
Curtis Duncan
            v.
        Riley etal
Courtney Tarver

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

Courtney Tarver
Attorney Mental Health and
Mental Retardation
100 N. Union Street
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

|.,||.,||.,.,.||.,,|||||.,.|.|.,|
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                          10/4/06

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_    District of   _Alabama Northern Division_

C & J Associates Pest Control
Curtis Duncan

        V.

Riley et al
June Lynn

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-884-MEF

TO: (Name and address of Defendant)

June Lynn
Attorney For Mental Health
and Retardation
100 N. Union Street 36109-0711
montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

||||||||||||||||||||||||||||||||
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                       _10/4/06_

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____*Middle*_____ District of _*Alabama Northern Division*_

*C & J Associates Pest Control*
*Curtis Duncan*
          v.
    *Riley et al*
    *Judy Cobb*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV-884-MEF

TO: (Name and address of Defendant)

*Judy Cobb - Director of Purchasing*
*Mental Health and Mental Retardation*
*100 N. Union Street 36109-0711*
*Montgomery, AL 36109-0711*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL 36110

an answer to the complaint which is served on you with this summons, within _____*20*_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE    *10/4/06*

℠AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama Northern Division_

C & J Associates Pest Control
Curtis Duncan
      v.
Riley etal
Ray Bressler

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

Ray Bressler
Buyer for Mental Health and
Mental Retardation
100 N. Union Street 36109-0711
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(By) DEPUTY CLERK

10/4/06
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama Northern Division_

C & J Associates Pest Control
Curtis Duncan
v.
Riley etal
John Bloch

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

John Bloch
Director of Pesticide Division
Agriculture Department
1425 Federal Drive
Montgomery, AL. 36107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

|.ı||..||.....||...|||||..|.|..|
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                     10/4/06

---
CLERK

---
(By) DEPUTY CLERK

DATE

℁AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ _____ District of _Alabama Northern Division_

C&J Associates Pest Control
Curtis Duncan
        v. Riley et al
Joe Debrow

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

Joe Debrow
Assistant Director of the
Pesticide Division
Department of Agriculture
Montgomery, AL 36107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

-||.||..||.....||...|||||...|.|..|
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10/4/06

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__Middle__  District of  __Alabama Northern Division__

C & J Associates Pest Control
Curtis Duncan

v.

Riley etal
Bruce Alverson

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

Bruce Alverson
5741 Vendone Drive South
Mobile, Alabama 36609

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                          10/4/06

CLERK                                       DATE

(By) DEPUTY CLERK

℀AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____*Middle*_____ District of ___*Alabama  Northern Division*___

*C&J Associates Pest Control*
*Curtis Duncan*
                    v.
            *Riley et al*
*Linda Shelton*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: *2:06-CV-884-MEF*

TO: (Name and address of Defendant)

*Linda Shelton*
*Knox Pest Control*
*320 Mendel Pkwy*
*Montgomery, AL. 36117*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

|.||.||....||...||||...|.|..|
Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within ___*20*___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                        *10/4/06*

_____          _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

⬧AO 440  (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama Norther Division_

C & J Associates Pest Control
Curtis Duncan

v.

Riley et al
Knox Pest Control

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-884-MEF

TO: (Name and address of Defendant)

Knox Pest Control
320 Mendel Pkwy,
Montgomery, AL, 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Curtis Duncan
C & J Associates Pest Control
P.O. Box 8186
Montgomery, AL  36110

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    10/4/06

CLERK                                                 DATE

(By) DEPUTY CLERK