**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Govenor Bob Riley
600 Dexter Aveune (State Capitol)
Montgomery, AL 36130-2751

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Pam Bge_    ☐ Agent
            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
10-5-06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

2:06 CV 884-
S+C        200

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0003 5802 9862

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540