| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *WDeymonbr*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) *WADRS*   C. Date of Delivery OCT 06 2006 |
| 1. Article Addressed to:<br><br>Courtney Tarver,<br>Attorney for Mental Health +<br>Mental Retardation<br>100 N. Union Street<br>Montgomery, AL 36109-0711 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>250 tpf4 8&/ 2nar<br>S & C<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7004 1160 0003 5802 9916 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   June Lynn.
   Attorney for Mental Health & Mental Retardation
   100 N. Union Street
   Montgomery, AL 36109-0711

2. Article Number
   (Transfer from service label)
   7004 1160 0003 5802 9923

   0911 February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Waymon Ford
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   W. FORD
   C. Date of Delivery
   OCT 6 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   OCT 06 2006
   2:06cv884
   5+c

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Domestic Return Receipt                 102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jody Cobb, Director of Purchasing
   Mental Health & Mental Retardation
   100 N. Union Street
   Montgomery, AL 36109-0711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X W. Monford
☐ Agent
☐ Addressee

B. Received by (Printed Name)
W. Ford

C. Date of Delivery
OCT 06 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV884
   SFC

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0003 5802 9930

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540