| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  OCT 06 2006  ☐ Agent  ☐ Addressee<br>X<br>B. Received by ( Printed Name )  OCT 06 2006  C. Date of Delivery |
| 1. Article Addressed to:<br>Drayton Nabers, Chief Justice<br>300 Dexter Avenue<br>Montgomery, AL 36104-3741 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:06CV884<br>S & C   2a |
| RECEIVED<br>OCT - 6 2006 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from ...) | 7004 1160 0003 5802 9909 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540