**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Donna Newman_

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

10/13/06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

2:06CV 884
3+c

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Main, Finance Director
105 N State Capitol / 600 Dexter
Montgomery, AL 36104

SCANNED

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

102595-02-M-1540

2. Article Number
_(Transfer from service label)_

7004 1160 0003 5802 9886

Domestic Return Receipt