**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)    B. Date of Delivery

Stephanie Britt    10-13-06

C. Signature

X Stephanie Britt

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes    ☐ No

1. Article Addressed to:

KNOX320*   361172010  1506 12 10/12/06
NOTIFY SENDER OF NEW ADDRESS
:KNOX PEST CONTROL
1570 N EASTERN BLVD
MONTGOMERY AL 36117-2225

...t for Merchandise

☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy fr           7004 1160 0003 5802 9855

102595-00-M-0952

Domestic Return Receipt

PS Form 3811, July 1999