**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Stephanie Britt*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
*Stephanie Britt*

C. Date of Delivery
10-13-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
2:06-884

Linda Shelton

KNOX320*   361172010 1506 12 10/12/06
NOTIFY SENDER OF NEW ADDRESS
:KNOX PEST CONTROL
1570 N EASTERN BLVD
MONTGOMERY AL 36117-2225

☐ Receipt for Merchandise
☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0003 5801 8705

Domestic Return Receipt    102595-02-M-1540