IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

C&J ASSOCIATES PEST CONTROL,    )
                                )
    Plaintiff,                  )
                                )
v.                              )   CASE NO. 2:06-cv-884-MEF
                                )
BOB RILEY, et al.,              )
                                )
    Defendants.                 )

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

COMES NOW Alabama Governor Bob Riley, sued in both his official and individual capacities, and moves this Honorable Court for an extension of time in which to file a response to the plaintiff's complaint. In support of this motion, Governor Riley states the following:

1) On October 1, 2006, the plaintiff initiated this lawsuit, naming as defendants over a dozen state officials and employees.

2) Governor Riley was served on October 5, 2006, and other state defendants were apparently served over the course of the following week.

3) Presently, Governor Riley is required to file a response to the plaintiff's complaint by October 25, 2006. Other state defendants are required to submit responsive pleadings between then and October 30, 2006.

4) Due to the number of state defendants being sued by the plaintiff, as well as the number of claims set forth in its complaint, the Governor's Office, the Office of Attorney General, the Department of Finance, the Department of Mental Health and Mental Retardation, and the Department of Agriculture and Industries are working

together to secure counsel for all the defendants and to prepare a joint defense in this case.

5)    Despite best efforts, the state defendants have not yet had sufficient time to prepare a meaningful, unified response to the plaintiff's claims.  However, this can soon be accomplished if the Court would grant a modest extension of time.

WHEREFORE, the above-cited grounds considered, Governor Riley requests that this Honorable Court grant him and the other state defendants an extension of time until **November 17, 2006**, in which to file a response to the plaintiff's complaint.

Done this 25th day of October 2006.

Respectfully submitted,

**/s/ Scott L. Rouse**
Scott L. Rouse
Deputy Legal Advisor
Office of the Governor

ADDRESS OF COUNSEL:

Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama  36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following individuals:

Richard Cater, Esq.
State Finance Department
State Capitol
600 Dexter Avenue
Montgomery, Alabama  36130

Bill Garrett, Esq.
Ben Albritton, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130

Robert J. Russell, Esq.
Alabama Department of
    Agriculture and Industries
1425 Federal Drive
Montgomery, Alabama  36107

Linda Shelton
Knox Pest Control
1570 N. Eastern Blvd.
Montgomery, Alabama  36117

**/s/ Scott L. Rouse**
Scott L. Rouse
Deputy Legal Advisor
Office of the Governor