IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

C&J ASSOCIATES PEST CONTROL, )
)
    Plaintiff, )
)
v. ) CASE NO. 2:06-cv-884-MEF
)
BOB RILEY, et al., )
)
    Defendants. )

## NOTICE OF APPEARANCE

Comes Now Robert Jackson Russell, Sr. and notices his appearance as Counsel for Defendants John Bloch and Joe Debrow.

                      Respectfully Submitted,

                      TROY KING
                      ATTORNEY GENERAL

                      s/Robert Jackson Russell, Sr
                      Robert Jackson Russell, Sr.
                      Assistant Attorney General

ADDRESS OF COUNSEL
Alabama Dept. of Agriculture
 & industries
1445 Federal Drive
Montgomery, Alabama 36107-1123
(334)240-7117
(334)240-7192

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Cater, Esq.
State Finance Department
State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

Bill Garrett, Esq.
Ben Albritton, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

Scott Rouse, Deputy Legal Advisor
Office of the Governor
State Capitol
Montgomery, Alabama 36104

Linda Shelton
Knox Pest Control
1570 N. Eastern Blvd.
Montgomery, Alabama 36117

and mailed a true and correct copy by U. S. Mail, postage prepaid to the following:

Curtis Duncan
C. & J. Associates Pest Control
P.O. Box 8186
Montgomery, Ala 36110