IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-884-MEF |
| BOB RILEY, *et al.*, | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motions for Extension of Time (Doc. #12, #13 & #15) filed on October 25, 2006, it is hereby

ORDERED that the motions are GRANTED to and including November 17, 2006.

DONE this 27th day of October, 2006.

                                              /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE