IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 2:06-CV-884-MEF |
| BOB RILEY, *et al.*, ) ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendants Guardian Pest Services, Inc. d/b/a Knox Pest Control ("Knox"), and Linda Shelton (collectively, "Knox and Shelton"), in response to the Complaint filed by Plaintiff C & J Pest Control, and pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, respectfully move the Court to dismiss the claims asserted by Plaintiff against them. In support of this motion, Knox and Shelton submit contemporaneously herewith their Memorandum of Law in Support of Motion to Dismiss.

/s_G. Lane Knight
One of the Attorneys for Knox Pest Control and
Linda Shelton

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com
lknight@balch.com

173442.1

William L. Tucker
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 31st day of October, 2006:

| | |
|---|---|
| C&J Associates Pest Control<br>Mr. Curtis Duncan<br>P.O. Box 8186<br>Montgomery, Alabama 36110<br><br>*Pro Se* | Scott Lee Rouse, Esq.<br>Office of the Governor<br>State Capitol<br>Suite NB-05<br>600 Dexter Avenue<br>Montgomery, Alabama 36130<br><br>*Defendant Governor Bob Riley* |
| Richard H. Cater, Esq.<br>State Finance Director's Office<br>State Capitol<br>N-105<br>600 Dexter Avenue<br>Montgomery, Alabama 36130<br><br>*Defendants Drayton Nabers, Jr. and James Main* | Benjamin H. Albritton, Esq.<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, Alabama 36130<br><br>*Defendants Troy King, Kathy Sawyer, Courtney Tarver, June Lynn, Judy Cobb, and Ray Bressler* |
| Robert J. Russell, Sr., Esq.<br>Department of Agriculture & Industries<br>P.O. Box 3336<br>1445 Federal Drive<br>81 Watson Circle<br>Montgomery, Alabama 36107<br><br>*Defendants John Bloch and Joe Debrow* | Bruce Alverson<br>5741 Vendome Drive South<br>Mobile, Alabama 36609<br><br>*Pro Se* |

      Respectfully submitted,

/s  G. Lane Knight
One of the Attorneys for Knox Pest Control and
Linda Shelton

173442.1

3

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com
lknight@balch.com


William L. Tucker
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
Synovus Centre
1111 Bay Avenue, Third Floor
Columbus, Georgia  31901