IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL<br>and CURTIS DUNCAN,  )<br>  )<br>PLAINTIFFS,  )<br>  )<br>VS.  )<br>  )<br>BOB RILEY, et al.,  )<br>  )<br>DEFENDANTS.  ) | 2:06-CV-884-MEF |

RECEIVED
2006 OCT 31 A 9:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Comes now Defendant, Bruce Alverson, and moves this Honorable Court for an extension of time in which to file a response to Plaintiffs' Complaint. In support of this motion, this Defendant states as follows:

1. On October 1, 2006, Plaintiffs initiated this lawsuit, naming as Defendants over a dozen state officials and employees and individuals from the product sector as well.

2. Defendant Alverson was served on October 10, 2006 and other Defendants were served over the next few weeks.

3. Presently, Defendant Alverson is required to file a response to Plaintiffs' Complaint by October 30, 2006.

4. Based upon information, the other state Defendants and other Defendants are filing additional motions for extension of time to also coordinate joint defenses and related offenses.

5. Despite best efforts, the parties have not been able to prepare a meaningful unified response nor to coordinate unified responses. It is believed that if a modest extension of time is granted, such defenses can be accomplished.

WHEREFORE, based upon the above cited grounds, Defendant Alverson requests that this Honorable Court grant him and other Defendants an extension of time until November 17, 2006, in which to file a response to Plaintiffs' Complaint.

Done this 30th day of October, 2006.

Respectfully submitted,

_____
William B. Alverson, Jr. (ALV005)
Attorney for Defendant, Bruce Alverson

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN
Post Office Drawer 880
Andalusia, Alabama 36420
334-222-3177

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all parties in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 30th day of October, 2006:

Mr. Curtis Duncan
C&J Associates, Pest Control
Post Office Box 8186
Montgomery, Alabama 36110

Mr. Scott L. Rouse
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130

Mr. Robert J. Russell, Sr.
81 Watson Circle
Montgomery, Alabama 36109

Mr. Algert S. Agricola, Jr.
Slayton & O'Conner, P.C.
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104

_____
OF COUNSEL