IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-884-MEF ) |
| BOB RILEY, *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion for Extension of Time (Doc. #16) filed on October 27, 2006, it is hereby

ORDERED that the motion is GRANTED to and including November 17, 2006.

DONE this 2nd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE