IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C & J ASSOCIATES PEST CONTROL,     )
*et al.,*                          )
                                   )
        Plaintiffs,                )
v.                                 )     CASE NO. 2:06-cv-884-MEF
                                   )
BOB RILEY, *et al.,*               )
                                   )
        Defendants.                )

# **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #18) filed on October

31, 2006, it is hereby ORDERED that:

1.   The plaintiff file a response which shall include a brief and any evidentiary

materials on or before November 15, 2006.

2.   The defendants may file a reply brief on or before November 22, 2006.

DONE this the 2nd day of November, 2006.

_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE