IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 NOV -2 P 3: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al., | |
| Plaintiff, | |
| v. | Case No. 2:06-CV-884-MEF |
| BOB RILEY, et al., | |
| Defendants. | |

**MOTION FOR ADMISSION PRO HAC VICE
OF WILLIAM L. TUCKER**

Defendant Guardian Pest Service, Inc., d/b/a Knox Pest Control ("Knox"), by and through its counsel, G. Lane Knight, a duly licensed and practicing attorney in the State of Alabama, and pursuant to the Local Rules of this Court, moves the Court to admit William L. Tucker *pro hac vice* to appear as counsel for Knox in this matter. In support of this Motion, Knox shows the following:

1. William L. Tucker is a partner with Page, Scrantom, Sprouse, Tucker & Ford, P.C., located at Synovus Centre, 1111 Bay Avenue, Third Floor, Columbus, Georgia 31901, Telephone Number (706) 324-0251, Telefax Number (706) 323-7519. He resides and practices law in the state of Georgia.

2. William L. Tucker intends to appear in association with G. Lane Knight of Balch & Bingham LLP, who is a member in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama.

3. William L. Tucker was admitted to the Georgia State Bar in 1974. He is admitted to practice in all State Courts of Georgia. A Certificate of Good Standing from the United States

173531.1

2

District Court, Middle District of Georgia, is attached hereto as **Exhibit "A."** Mr. Tucker's bar license number is: Bar # 718050. Mr. Tucker has never suffered disbarment or suspension of his license to practice law in any jurisdiction of the United States. Furthermore, William L. Tucker is not currently suspended from practicing law before any court or jurisdiction, and no complaints for unethical misconduct, disciplinary proceedings, or criminal charges involving the applicant are currently pending before any court or jurisdiction.

4. William L. Tucker is experienced in federal litigation, and will become familiar with, and abide by, the Local Rules of this District Court.

5. A proposed Order is attached hereto as **Exhibit "B."**

WHEREFORE, Knox respectfully prays that the Court grant this motion to admit William L. Tucker *pro hac vice* on behalf of Defendant Knox.

Respectfully submitted on this 2nd day of November, 2006.

*G. Lane Knight*
G. Lane Knight (ASB-6748-I72K)
One of the Attorneys for Defendant Knox Pest Control
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
lknight@balch.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the above and foregoing pleading by depositing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Benjamin Howard Albritton
Office of Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130

Richard H. Cater
State Finance Director's Office
State Capitol; N-105
600 Dexter Avenue
Montgomery, AL 36104

Scott Lee Rouse
Office of the Governor
State Capitol
600 Dexter Avenue
Suite NB-05
Montgomery, AL 36130

Robert Jackson Russell, Sr.
Department of Agriculture & Industries
P.O. Box 3336
Montgomery, AL 36107

This the 2nd day of November, 2006.

                                             _/s/ G. Lan Hagood_
                                             Of Counsel

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    }
                            } ss.
MIDDLE DISTRICT OF GEORGIA  }

I, *Gregory J. Leonard, Clerk of the United States District Court for the Middle District of Georgia*, DO HEREBY CERTIFY that **WILLIAM L. TUCKER, Bar # 718050,** was duly admitted to practice in this Court on July 23, 1974, and is in good standing as a member of the bar of said Court.

Dated at Columbus, Georgia on October 30, 2006.

GREGORY J. LEONARD, CLERK

BY: *Zadie Peters*
Zadie Peters, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, CURTIS DUNCAN, | \| |
| Plaintiff, | \| |
| v. | Case No. 2:06-CV-884-MEF |
| BOB RILEY, DRAYTON NABERS JAMES MAIN, TROY KING, KATHY SAWYER, COURTNEY TARVER, JUNE LYNN, JUDY COBB, RAY BRESSLER, JOHN BLOCH JOE DEBROW, BRUCE ALVERSON, LINDA SHELTON, KNOX PEST CONTROL et al., | \| |
| Defendants. | \| |

ORDER GRANTING ADMISSION PRO HAC VICE
FOR WILLIAM L. TUCKER

Considering the foregoing motion:

IT IS ORDERED THAT the Motion for Admission Pro Hac Vice of William L. Tucker is GRANTED.

SO ORDERED AND ADJUDGED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

173355.1