IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 2:06-cv-884-MEF ) |
| BOB RILEY, *et al.*, | ) ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion for William L. Tucker to Appear Pro Hac Vice (Doc. #24) filed on November 2, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 3rd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE