IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv884-MEF ) |
| BOB RILEY, *et al.* | ) ) |
| Defendants. | ) |

**ORDER**

This case was filed on October 1, 2006. A review of the complaint demonstrates that the plaintiff corporation is being represented by Curtis Duncan, the sole proprietor of the corporation. It further appears from a review of the pleadings that Mr. Duncan is not a lawyer. A corporation cannot represent itself, nor can it be represented by a non-lawyer. Accordingly, it is

ORDERED that, on or before November 29, 2006, the plaintiff shall secure representation by a licensed attorney authorized to practice in this court. Counsel shall file a notice of appearance on or before November 29, 2006.

Done this 8th day of November, 2006.

　　　　　　　　　　　　　　　　　　／s／Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE