IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv884-MEF ) |
| BOB RILEY, *et al.* | ) ) |
| Defendants. | ) |

**ORDER**

On October 31, 2006, defendant Bruce Alverson filed a motion for an extension of time to file a responsive pleading (doc. # 20). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for an extension of time to file a responsive pleading (doc. # 20) be and is hereby GRANTED and the defendant's time for filing a responsive pleading be and is hereby EXTENDED to November 17, 2006.

Done this 14th day of November, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE