IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-884-MEF |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION TO DISMISS OF DEFENDANTS NABERS AND MAIN

COME NOW the Defendants, DRAYTON NABERS, JR., formerly Finance Director for the State of Alabama, individually and in his official capacity, and JAMES MAIN, as Finance Director for the State of Alabama, individually and in his official capacity, by and through their undersigned counsel, and move this Honorable Court to dismiss all the Plaintiff's claims against them on the following grounds:

    1.    The Complaint fails to state a claim against Defendants Nabers and Main upon which relief can be granted;

    2.    The Plaintiff's claims are barred by the statute of limitations;

    3.    The Plaintiff's federal law theories are barred by the immunity afforded by the Eleventh Amendment to the United States Constitution;

    4.    The Plaintiff's state law theories are barred by the sovereign immunity under the Constitution of the State of Alabama;

    5.    The Plaintiff's claims under federal law against Defendants Nabers and Main in their individual capacities are barred by qualified immunity;

      6.      The Plaintiff's claims under state law against Defendants Nabers and Main in their individual capacities are barred by State-agent immunity;

      7.      The Plaintiff's claims against Defendants Nabers and Main for declaratory and injunctive relief are nonjusticiable; and

      8.      The Plaintiff's claim for damages under the state competitive bid law is prohibited as a matter of law.

(Defendants' brief in support of this motion will be filed contemporaneously herewith.)

WHEREFORE, the above-cited grounds considered, Defendants Nabers and Main request this Honorable Court to enter a judgment in their favor dismissing all the Plaintiff's claims against them.

Done this 17th day of November 2006.

                              Respectfully submitted,

                              **/s/ Richard H. Cater**
                              Richard H. Cater
                              Bar Number: ASB-0782-C42R
                              General Counsel, Finance Director's Office
                              Attorney for Defendants Nabers and Main

ADDRESS OF COUNSEL:

Finance Director's Office
State Capitol, Suite N-105
600 Dexter Avenue
Montgomery, Alabama  36130
Phone:  (334) 242-7160
Fax:  (334) 353-3300
Email:  Richard.Cater@Finance.Alabama.Gov

## CERTIFICATE OF SERVICE

  I hereby certify that on November 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Scott L. Rouse, Esq.     Benjamin Howard Albritton, Esq.
  Office of the Governor    Office of the Attorney General
  State Capitol        Alabama State House
  600 Dexter Avenue     11 South Union Street
  Montgomery, Alabama 36130  Montgomery, Alabama 36130

  Robert Jackson Russell, Sr., Esq. Robin Garrett Laurie, Esq.
  Department of Ag. & Industries  Balch & Bingham
  PO Box 3336        PO Box 78
  Montgomery, Alabama 36107  Montgomery, Alabama 36101

  William Leonard Tucker, Esq.  Griffin Lane Knight, Esq.
  Page Scranton Sprouse    Balch & Bingham
  PO Box 1199        PO Box 78
  Columbus, Georgia 31902   Montgomery, Alabama 36101

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

  Curtis Duncan
  C&J Associates Pest Control
  P.O. Box 8186
  Montgomery, Alabama 36110

            Respectfully submitted,

            **/s/ Richard H. Cater**
            Richard H. Cater
            Bar Number: ASB-0782-C42R
            General Counsel, Finance Director's Office
            Attorney for Defendants Nabers and Main
            State Capitol; Suite N-105
            600 Dexter Avenue
            Montgomery, Alabama 36130
            Phone: (334) 242-7160
            Fax: (334) 353-3300
            Email: Richard.Cater@Finance.Alabama.Gov