IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV884-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of defendants' Motions to Dismiss (Docs. #29, #31, #32, #33), filed on 17 November 2006 and 20 November 2006, it is

ORDERED that on or before 5 January 2007, the plaintiff shall file a response to the motions along with their briefs. The defendants shall file a reply to the plaintiff's response on or before 19 January 2007. Thereafter, the motion shall be deemed submitted and the Magistrate Judge will not consider any further pleadings filed by the parties.

The parties are reminded to file briefs in support of their dispositive motions. If a brief is not attached to a pending dispositive motion, the court is directing the parties to file their briefs within 10 days of receipt of this order.

DONE this 29th day of November, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE