RECEIVED
NOV 29 P 11: 3

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C&J Associates Pest Control,

CURTIS DUNCAN

Plaintiff,

VS.                                          CV-06-884-MEF

BOB RILEY
DRAYTON NABERS
JAMES MAIN
TROY KING
KATHY SAWYER
COURTNEY TARVER
JUNE LYNN
JUDY COBB
RAY BRESSLER
JOHN BLOCH
JOE DEBROW
BRUCE ALVERSON
LINDA SHELTON
KNOX PEST CONTROL
et al.
DEFENDANTS

## MOTION FOR CORRECTION TO ADD TROY KING TO THE MOTION FOR DEFAULT JUDGMENT

PLAINTIFF MOTION FOR THE MAGISTRATE JUDGE TO ISSUE AN ORDER TO FOR ALL THE DEFENDANTS ATTORNEYS TO MAIL PLAINTIFF A COPY OF ALL THEIR FILINGS WITH THE COURT A TIMELY MANNER AND ISSUE A DEFAULT JUDGMENT AGAINST DEFENDANTS BRUCE ALVERSON, TROY KING, KATHY SAWYER, COURTNEY TARVER, JUNE LYNN, JUDY COBB, RAY BRESSLER

Comes now Plaintiff Curtis Duncan, Sole Proprietor/Owner of C & J Associates Pest Control

requests that your Honor issue an order for all the Defendants Attorneys to mail Plaintiff a copy of all their

filings with the Court in a timely manner. After Plaintiff did not receive Defendants filing due to be filed in Court by November 17, 2006, by mail November 21, 2006. Plaintiff went to the Court and discovered their were several documents filed by the Defendants and the Court that the Plaintiff did not receive by mail. (1) 10-31-06 Doc. 18, 19 Motion to Dismiss and Brief/Memo. Filed for Linda Shelton, Knox Pest Control. (2) 11-2-06 Doc. 22 Order by Judge for Plaintiff to File a Response to Motion to Dismiss by 11-15-06 and Defendants may file a Brief by 11-22-06. (3) 11-2-06 Doc. 24 Motion to Appear Pro Hoc Vice Filed by William Tucker, Esq. (4) 11-6-06 Doc. 26 Order referring case to Magistrate Judge for Recommendation. (5) 11-14-06 Doc. 28 Order granting Extension of Time to Respond to Complaint for Bruce Alverson. Plaintiff request that your Honor issue an Order for Defendants Attorneys Robin Laurie, Griffin Knight and William Tucker to mail Plaintiff a copy of Doc. 18,19, 24 and Order the Court Clerk to mail Plaintiff Doc. 22,26,28.

Plaintiff also noticed at the Court House on November 21, 2006 that Defendants Bob Riley, Drayton Nabers, James Main, John Bloch and Joe Debrow had filed their response to Complaint by the due date of November 17, 2006. Plaintiff did not receive their filing by mail until November 22, 2006; their letters were not postmarked until November 20, 2006. Defendants Troy King, Kathy Sawyer, Courtney Tarver, June Lynn, Judy Cobb and Ray Bressler response was filed on November 20, 2006 three day after the due date. Defendant Bruce Alverson has failed to file any response to the due date of November 17, 2006. Plaintiff request that your Honor issued a Judgment of Default against Defendants King, Sawyer, Tarver, Lynn, Cobb, Bressler and Alverson for not filing their response to the Complaint in the prescribed time of your Order.

Wherefore, Plaintiff request your Honor Issue an Order for All Filings not received by Plaintiff and all future filings be mailed to Plaintiff in a timely manner. And issue a Default Judgment against Defendants King, Sawyer, Tarver, Lynn, Cobb, Bressler and Alvenson for filing their response to your Order in time.

Respectfully submitted,

*Curtis Duncan* 11-29-06
Curtis Duncan
Plaintiff, Pro Se
C&J Associates, Pest Control
P.O. Box 8186
Montgomery, AL 36110
Phone: 334-467-6432

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I have served a true correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follow:

Scott L. Rouse
Office of the Governor
600 Dexter Avenue
Montgomery, Alabama 36130
334-2427120 Phone
334-242-2335 Fax

Richard Cater, Esq.
State Finance Department
State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

Bill Garrett, Esq.
Ben Albritton, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

Robert Russell
Alabama Dept. of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama 36107-1123
334-240-7118 Phone
334-240-7192 Fax

Robin Garrett Laurie, Esq.
Griffin Lane Knight, Esq.
Balch & Bingham
Po Box 78
Montgomery, Alabama 36101

William Leonard Tucker, Esq.
Page Scranton Sprouse
PO Box 1199
Columbus, Georgia 31902

Bruce Alverson
5741 Vendome Drive South
Mobile, Alabama 36609

*Curtis Duncan 11-29-06*

Curtis Duncan
Plaintiff, Pro Se