IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C&J Associates Pest Control,

CURTIS DUNCAN

Plaintiff,

VS.                                                            CV-06-884-MEF

BOB RILEY
DRAYTON NABERS
JAMES MAIN
TROY KING
KATHY SAWYER
COURTNEY TARVER
JUNE LYNN
JUDY COBB
RAY BRESSLER
JOHN BLOCH
JOE DEBROW
BRUCE ALVERSON
LINDA SHELTON
KNOX PEST CONTROL
et al.
DEFENDANTS


PLAINTIFF MOTION FOR THE MAGISTRATE JUDGE TO RECONSIDER HIS ORDER THAT
PLAINTIFF COMPANY IS A CORPORATION AND FOR PLAINTIFF TO SECURE A LICENSED
ATTORNEY

Comes now Plaintiff Curtis Duncan, Sole Proprietor/Owner of C & J Associates Pest Control

requests that your Honor reconsider his order that Plaintiff company is a corporation and for Plaintiff to

secure a licensed attorney by November 29, 2006. Plaintiff respectfully questions were in the Complaint

does your Honor interpret that the Plaintiff company is corporation? Where in the Complaint does "sole

proprietor of the corporation" appear ? Plaintiff never represented himself as a lawyer; Plaintiff

identified himself as the Sole Proprietor of his company and was representing himself Pro Se. It appears that your Honor assumed Plaintiff Company was a corporation or used some information outside reading of the Complaint.

Plaintiff has a statutory right as Pro Se under 28 U.S.C. 1654 to Self-Representation in Federal Courts. A party to a civil action in Federal Court has the right to appear Pro Se.  The right to self representation "is a high standing, not simply a practice to be honored or dishonored by a Court depending on its assessment of the desiderata of as particular case".  Implicit in the right to self-representation is an obligation on part of the Court to make reasonable allowances to protect Pro Se litigants from inadvertent and forfeiture of important rights because of their lack of legal training.  While the right "does not exempt a party from compliance with the relevant rules of procedural and substantive law," it should not be impaired by harsh application of technical rules.  Trial Courts have been directed to read Pro Se papers liberally, and allow amendment of Pro Se complaints "fairly and freely".  Plaintiff submits the following case to support his motion, Traguth v. Zuck, Cite as 710 F.2d 90 (1983).  Plaintiff is the Sole-Proprietor/Owner of his company, Curtis Duncan and C & J Associates Pest Control is one entity, this entitles Plaintiff to Self-Representation under 28 U.S.C. 1654 Pro Se.

Plaintiff now submits the following as irrefutable evidence that Curtis Duncan is Sole Proprietor of C & J Associates Pest Control.  Copy of Schedule C (Form 1040) Profit or Loss from Business (Sole Proprietorship) and Schedule SE (Form 1040) Self–Employment Tax.  Copy of City Business License.

Wherefore, premises considered, the Plaintiff respectfully request your Honor reconsider his Order that Plaintiff is a corporation and that Plaintiff shall secure  representation by a licensed attorney by November 29, 2006.  Plaintiff requests that your Honor issue a new Order which is in compliance 28 that Curtis Duncan is Sole Proprietor/Owner of C & J Associates Pest Control and can represent himself Pro Se.

Respectfully submitted,

*Curtis Duncan 11-29-06*

Curtis Duncan
Plaintiff, Pro Se
C&J Associates, Pest Control
P.O. Box 8186
Montgomery, AL 36110
Phone: 334-467-6432

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2006, I have served a true correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follow:

Scott L. Rouse
Office of the Governor
600 Dexter Avenue
Montgomery, Alabama 36130
334-2427120 Phone
334-242-2335 Fax

Richard Cater, Esq.
State Finance Department
State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

Bill Garrett, Esq.
Ben Albritton, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

Robert Russell
Alabama Dept. of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama 36107-1123
334-240-7118 Phone
334-240-7192 Fax

Robin Garrett Laurie, Esq.
Griffin Lane Knight, Esq.
Balch & Bingham
Po Box 78
Montgomery, Alabama 36101

William Leonard Tucker, Esq.
Page Scranton Sprouse
PO Box 1199
Columbus, Georgia 31902

Bruce Alverson
5741 Vendome Drive South
Mobile, Alabama 36609


                                        *Curtis Duncan* 11-29-06

                                        **Curtis Duncan**
                                        Plaintiff, Pro Se

OMB No. 1545-0074

**2002**

Attachment
Sequence No. **17**

SCHEDULE SE
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Self-Employment Tax

▶ **Attach to Form 1040.**  ▶ **See Instructions for Schedule SE (Form 1040).**

Name of person with self-employment income (as shown on Form 1040)

CURTIS T DUNCAN

Social security number of person
with self-employment income ▶

## Who Must File Schedule SE

You must file Schedule SE if:

● You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or

● You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 56.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A - Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.



1  Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a . . . . . . . . . . . . . . . . . . . . . **1**

2  Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see page SE-1 for amounts to report on this line. See page SE-2 for other income to report . . . . . . . . **2**

3  Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . **3**

4  Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax . . . . . . . ▶ **4**

5  Self-employment tax. If the amount on line 4 is:
● $84,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 56.
● More than $84,900, multiply line 4 by 2.9% (.029). Then, add $10,527.60 to the result. Enter the total here and on Form 1040, line 56. . . . . . . . . **5**

6  Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 29 . . . **6**

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 200

OMB No. 1545-0074

# Profit or Loss From Business
### (Sole Proprietorship)

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.

▶ Attach to Form 1040 or 1041.   ▶ See Instructions for Schedule C (Form 1040).

**2002**

Attachment Sequence No. **09**

Name of proprietor: **CURTIS T DUNCAN**

Social security number (SSN)

A   Principal business or profession, including product or service (see page C-1 of the instructions)
**PEST CONTROL : SERVICE**

B   Enter code from pages C-7, 8, & 9
▶ **561710**

C   Business name. If no separate business name, leave blank.
**C AND J ASSOCIATES**

D   Employer ID number (EIN), if any

E   Business address (including suite or room no.) ▶ **P O BOX 8186**
City, town or post office, state, and ZIP code   **MONTGOMERY, AL 36110**

F   Accounting method:   (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2002? If "No," see page C-3 for limit on losses   [X] Yes  ☐ No

H   If you started or acquired this business during 2002, check here   ▶ ☐

## Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here   ▶ ☐ | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 | Pension and profit-sharing plans | 19 |
| 9 | Bad debts from sales or services (see page C-3) | 9 | 20 | Rent or lease (see page C-5): | |
| 10 | Car and truck expenses (see page C-2) | 10 | a | Vehicles, machinery, and equipment | 20a |
| 11 | Commissions and fees | 11 | b | Other business property | 20b |
| 12 | Depletion | 12 | 21 | Repairs and maintenance | 21 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | 22 | Supplies (not included in Part III) | 22 |
| | | | 23 | Taxes and licenses | 23 |
| 14 | Employee benefit programs (other than on line 19) | 14 | 24 | Travel, meals, and entertainment: | |
| 15 | Insurance (other than health) | 15 | a | Travel | 24a |
| 16 | Interest: | | b | Meals and entertainment | |
| a | Mortgage (paid to banks, etc.) | 16a | c | Enter nondeductible amount included on line 24b (see pg. C-5) | |
| b | Other | 16b | d | Subtract line 24c from line 24b | 24d |
| 17 | Legal and professional services | 17 | 25 | Utilities | 25 |
| 18 | Office expense | 18 | 26 | Wages (less employment credits) | 26 |
| | | | 27 | Other expenses (from line 48 on page 2) | 27 |

| | | |
|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | 31 |

• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

• If a loss, you must go to line 32.

32   If you have a loss, check the box that describes your investment in this activity (see page C-6).

• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

• If you checked 32b, you must attach Form 6198.

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule C (Form 1040) 2002

OMB No. 1545-0074

# Self- Employment Tax

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (99)

► See Instructions for Schedule SE (Form 1040).

► Attach to Form 1040.

**2001**

Attachment
Sequence No. **17**

Name of person with self- employment income (as shown on Form 1040)

CURTIS T DUNCAN

Social security number of person
with self- employment income ►

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self- employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income. See page SE- 1.

**Note.** Even if you had a loss or a small amount of income from self- employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE- 3.

**Exception.** If your only self- employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write "Exempt- Form 4361" on Form 1040, line 53.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



Did You Receive Wages or Tips in 2001?

No

Are you a minister, member of a religious order, or Christian Science practitioner who received IRS approval not to be taxed on earnings from these sources, but you owe self- employment tax on other earnings? — Yes

No

Are you using one of the optional methods to figure your net earnings (see page SE- 3)? — Yes

No

Did you receive church employee income reported on Form W- 2 of $108.28 or more? — Yes

No

**You May Use Short Schedule SE Below**

Yes

Was the total of your wages and tips subject to social security or railroad retirement tax plus your net earnings from self- employment more than $80,400? — Yes

No

Did you receive tips subject to social security or Medicare tax that you did not report to your employer? — Yes

No

**You Must Use Long Schedule SE on Page Two**

## Section A - Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| 1  Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K- 1 (Form 1065), line 15a . | **1** | |
| 2  Net profit or (loss) from Schedule C, line 31; Schedule C- EZ, line 3; Schedule K- 1 (Form 1065), line 15a (other than farming); and Schedule K- 1 (Form 1065- B), box 9. Ministers and members of religious orders, see page SE- 1 for amounts to report on this line. See page SE- 2 for other income to report | **2**  **3** | |
| 3  Combine lines 1 and 2 . ► | **4** | |
| 4  Net earnings from self- employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self- employment tax | | |
| 5  Self- employment tax. If the amount on line 4 is:<br>   • $80,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 53.<br>   • More than $80,400, multiply line 4 by 2.9% (.029). Then, add $9,969.60 to the result. Enter the total here and on Form 1040, line 53. | **5** | |
| 6  Deduction for one- half of self- employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 27 . | **6** | |

Schedule SE (Form 1040) 2

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

OMB No. 1545-0074

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
(Sole Proprietorship)

► Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
► Attach to Form 1040 or Form 1041.    ► See Instructions for Schedule C (Form 1040).

2001

Attachment
Sequence No. 09

Name of proprietor
CURTIS T DUNCAN

Social security number (SSN)

**A** Principal business or profession, including product or service (see page C-1 of the instructions)
PEST CONTROL : SERVICE

**B** Enter code from pages C-7 & 8
▶ 561710

**C** Business name. If no separate business name, leave blank.
C AND J ASSOCIATES

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ► P O BOX 8186
City, town or post office, state, and ZIP code    MONTGOMERY, AL 36110

**F** Accounting method:    (1) ☒ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ►

**G** Did you "materially participate" in the operation of this business during 2001? If "No," see page C-2 for limit on losses     ☒ Yes    ☐ No

**H** If you started or acquired this business during 2001, check here     ► ☐

### Part I    Income

| | | |
|---|---|---|
| **1** Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ► ☐ | 1 | |
| **2** Returns and allowances | 2 | |
| **3** Subtract line 2 from line 1 | 3 | |
| **4** Cost of goods sold (from line 42 on page 2) | 4 | |
| **5** Gross profit. Subtract line 4 from line 3 | 5 | |
| **6** Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| **7** Gross income. Add lines 5 and 6 ► | 7 | |

### Part II    Expenses. Enter expenses for business use of your home only on line 30.

| | | | | |
|---|---|---|---|---|
| **8** Advertising | 8 | | **19** Pension and profit-sharing plans | 19 |
| **9** Bad debts from sales or services (see page C-3) | 9 | | **20** Rent or lease (see page C-4): | |
| | | | **a** Vehicles, machinery, and equipment | 20a |
| **10** Car and truck expenses (see page C-3) | 10 | | **b** Other business property | 20b |
| **11** Commissions and fees | 11 | | **21** Repairs and maintenance | 21 |
| **12** Depletion | 12 | | **22** Supplies (not included in Part III) | 22 |
| **13** Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | | **23** Taxes and licenses | 23 |
| | | | **24** Travel, meals, and entertainment: | |
| **14** Employee benefit programs (other than on line 19) | 14 | | **a** Travel | 24a |
| **15** Insurance (other than health) | 15 | | **b** Meals and entertainment | |
| **16** Interest: | | | **c** Enter nondeductible amount included on line 24b (see pg. C-5) | |
| **a** Mortgage (paid to banks, etc.) | 16a | | **d** Subtract line 24c from line 24b | 24d |
| **b** Other | 16b | | **25** Utilities | 25 |
| **17** Legal and professional services | 17 | | **26** Wages (less employment credits) | 26 |
| **18** Office expense | 18 | | **27** Other expenses (from line 48 on page 2) ► | 27 |

| | | |
|---|---|---|
| **28** Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ► | 28 | |
| **29** Tentative profit (loss). Subtract line 28 from line 7 | 29 | |
| **30** Expenses for business use of your home. Attach Form 8829 | 30 | |
| **31** Net profit or (loss). Subtract line 30 from line 29. | 31 | |

• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity (see page C-6).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198.

**32a** ☐ All investment is at risk
**32b** ☐ Some investment is not at risk

**KBA    For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule C (Form 1040) 2001

SCHEDULE SE
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self- Employment Tax**

► See Instructions for Schedule SE (Form 1040).

► Attach to Form 1040.

OMB No. 1545- 0074

2000

Attachment
Sequence No. 17

| Name of person with **self- employment income** (as shown on Form 1040) | Social security number of person with **self- employment income** ► |
|---|---|
| CURTIS T DUNCAN |  |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self- employment from **other than church employee income** (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income. See page SE- 1.

**Note.** Even if you had a loss or a small amount of income from self- employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE- 3.

**Exception.** If your only self- employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt- Form 4361" on Form 1040, line 52.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



## Section A - Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.



Schedule SE (Form 1040) 2000

KBA   For Paperwork Reduction Act Notice, see Form 1040 instructions.

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2000**

Attachment Sequence No. 09

Name of proprietor
CURTIS T DUNCAN

Social security number (SSN)

**B** Enter code from pages C-7 & 8 ▶ 561710

**A** Principal business or profession, including product or service (see page C-1 of the instructions)
PEST CONTROL : SERVICE

**D** Employer ID number (EIN), if any

**C** Business name. If no separate business name, leave blank.
C AND J ASSOCIATES

**E** Business address (including suite or room no.) ▶ P O BOX 8186
City, town or post office, state, and ZIP code MONTGOMERY, AL 36110

**F** Accounting method: (1) [X] Cash (2) Accrual (3) Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2000? If "No," see page C-2 for limit on losses. [ ] Yes [X] No

**H** If you started or acquired this business during 2000, check here ▶ [ ]

## Part I Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ [ ] | 1 |
| 2 | Returns and allowances | 2 |
| 3 | Subtract line 2 from line 1 | 3 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | 19 Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | 20 Rent or lease (see page C-4): | | |
| 10 | Car and truck expenses (see page C-3) | 10 | a Vehicles, machinery, and equipment | 20a | |
| 11 | Commissions and fees | 11 | b Other business property | 20b | |
| 12 | Depletion | 12 | 21 Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-3) | 13 | 22 Supplies (not included in Part III) | 22 | |
| | | | 23 Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 24 Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | a Travel | 24a | |
| 16 | Interest: | | b Meals and entertainment | | |
| a | Mortgage (paid to banks, etc.) | 16a | c Enter nondeductible amount included on line 24b (see pg. C-5) | | |
| b | Other | 16b | d Subtract line 24c from line 24b | 24d | |
| 17 | Legal and professional services | 17 | 25 Utilities | 25 | |
| 18 | Office expense | 18 | 26 Wages (less employment credits) | 26 | |
| | | | 27 Other expenses (from line 48 on page 2) | 27 | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | 31 | |

31 Net profit or (loss). Subtract line 30 from line 29.
• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
• If a loss, you must go to line 32.

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198.

32a [ ] All investment is at risk.
32b [ ] Some investment is not at risk.

KBA For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 2000

RETURN ORIGINAL TO CITY
RETAIN SECOND COPY

# APPLICATION FOR LICENSE, CITY OF MONTGOMERY, ALABAMA

LICENSE TAXES ARE DUE AND PAYABLE JANUARY 1ST AND DELINQUENT AFTER FEBRUARY 1ST.
FOR TIMELY MAIL PAYMENT, MUST BE POST-MARKED ON OR BEFORE JANUARY 31ST.

LOCAL TRADE NAME AND PHYSICAL LOCATION

MAILING NAME AND ADDRESS

AND J ASSOCIATES PEST CONTROL
2224 HALCYON BLVD
P O BOX 8186          36110
MONTGOMERY AL

C AND J ASSOCIATES PEST CONTROL

NPL          00000

PLEASE COMPLETE THIS FORM
AND MAIL WITH YOUR REMIT-
TANCE.

CITY OF MONTGOMERY
COMPASS BANK
P.O. BOX 830469
BIRMINGHAM, AL 35283-0469

**DELINQUENT PENALTY**
AFTER FEB 1 - 10%
AFTER MAR 1 - 20%
ADD. 1% EACH MONTH THEREAFTER

NOTE: AN ISSUANCE FEE OF FIVE DOLLARS IS CHARGED FOR EACH TYPE LICENSE ISSUED. INCLUDE WITH REMITTANCE.

NOTE: IF FISCAL YEAR IS USED IN COMPUTAT INDICATE MONTHS:

_____ THROUGH _____

YOU WILL RECEIVE YOUR LICENSE BY MAIL.

READ INSTRUCTIONS CAREFULLY ON REVERSE SIDE PRIOR TO COMPLETING APPLICATION.

| CODE | ACCOUNT NUMBER | TYPE OF LICENSE | GROSS RECEIPTS | SCH | AMOUNT OF LICENSE | FEE | TOTAL AMOU |
|------|----------------|-----------------|----------------|-----|-------------------|-----|------------|
| 742 | 340950 | EXTERMINATOR | $ | | $ | | $ |
| 000 | ALL CHEMICALS TO BE STORED IN | | $ | | $ | | $ |
| 000 | PROPERLY STORAGE AREA | | $ | | $ | | $ |
| | PENALTY 20% | | $ | | $ | | $ |
| | | | $ | | $ | | $ |
| | | | $ | | $ | | $ |
| | | | $ | | $ | | $ |
| | | | $ | | $ | | $ |
| | | | $ | | $ | | $ |
| | | | | | TOTAL AMOUNT DUE | $ | |

Make checks payable to: CITY OF MONTGOMERY

THE INFORMATION CONTAINED HEREIN IS CORRECT TO THE BEST KNOWLEDGE.

If the word "deposit" appears on this form, please call our office at 334-241-2036 after Dec. 31st for assistance in computation.

Signature

Title

PLEASE PROVIDE THE FOLLOWING INFORMATION:

RECEIVED AT COB

NAME(S) OF OWNER(S) OR OFFICERS AND TITLE IF CORPORATION:

3.29.6

(DATE)

NAME OF LOCAL MANAGER IF OWNER IS LOCATED OUTSIDE MONTGOMERY:

LOCAL TELEPHONE NUMBER: 334-347-3055

E-MAIL ADDRESS    cj_one@msn.com

```
                      Print Key Output                              Page   1
 5722SS1 V5R3M0 040528              CITY400          03/29/06  09:39:51

 Display Device . . . . . :  KHOLMES2
 User . . . . . . . . . :  KHOLMES

  BL600ID          Business License History Inquiry               3/29/06

 cct# 7340858   Status P Lic#  14837  Year 2005  Receipt 14837  Paid 04 27 2005

Owner1 CURTIS DUNCAN                        Contact
Owner2                                         BUSI  (334) 317-3903
                                                     (000) 000-0000

Sales tax ID                    Tax Name

email

                           Mailing Info
Name C AND J ASSOCIATES PEST CONTROL
Address  2224 HALCYON BLVD              Address2  P O BOX 8186
City/St MONTGOMERY AL              Zip 36110

                           Location Info
Name C AND J ASSOCIATES PEST CONTROL
Address       0                         Address2  NPL
City                   Zip  00000       Area          9


   F3 exit       F5 next account    F8 next receipt
```

```
                    Print Key Output                        Page   1
      5722SS1 V5R3M0 040528              CITY400      03/29/06  09:39:38

      Display Device  . . . . . :  KHOLMES2
      User  . . . . . . . . . :  KHOLMES

   BL600ID              Business License History Inquiry           3/29/06

 Acct# 7340858   Status P Lic#  10703  Year 2004  Receipt 10703  Paid 02 09 2004

 Owner1 CURTIS DUNCAN                    Contact
 Owner2                                        BUSI  (334) 317-3903
                                                     (000) 000-0000
 Sales tax ID                    Tax Name

 email

                          Mailing Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address  2224 HALCYON BLVD              Address2  P O BOX 8186
 City/St MONTGOMERY AL              Zip 36110

                          Location Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address     0                           Address2  NPL
 City                 Zip  00000         Area         9


    F3 exit         F5 next account     F8 next receipt
```

```
                    Print Key Output                        Page   1
   5722SS1 V5R3M0 040528              CITY400          03/29/06  09:39:31

     Display Device  . . . . . :  KHOLMES2
     User . . . . . . . . . . :   KHOLMES

   BL600ID              Business License History Inquiry          3/29/06

 Acct# 7340858   Status P Lic#   7309  Year 2003  Receipt  7309  Paid 01 31 2003

 Owner1 CURTIS DUNCAN                    Contact
 Owner2                                      BUSI  (334) 317-3903
                                                   (000) 000-0000

 Sales tax ID                    Tax Name

 email

                           Mailing Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address  2224 HALCYON BLVD            Address2  P O BOX 8186
 City/St MONTGOMERY AL            Zip 36110

                           Location Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address     0                          Address2  NPL
 City                   Zip  00000      Area         9


    F3 exit        F5 next account      F8 next receipt
```

```
                    Print Key Output                                 Page   1
    5722SS1 V5R3M0 040528              CITY400          03/29/06  09:39:20

    Display Device . . . . . :  KHOLMES2
    User  . . . . . . . . . :  KHOLMES

  BL600ID              Business License History Inquiry            3/29/06

.cct# 7340858   Status P Lic#   7137  Year 2002  Receipt  7137  Paid 01 30 2002

 Owner1 CURTIS DUNCAN                      Contact
 Owner2                                           BUSI  (334) 317-3903
                                                        (000) 000-0000

 Sales tax ID                     Tax Name

 email

                              Mailing Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address  3485 OLD SELMA RD              Address2  P O BOX 8186
 City/St MONTGOMERY AL            Zip 36110

                             Location Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address     0                           Address2  NPL
 City                 Zip  00000         Area       9


   F3 exit         F5 next account      F8 next receipt
```

```
                        Print Key Output                              Page   1
     5722SS1 V5R3M0 040528            CITY400           03/29/06  09:39:09

     Display Device  . . . . . :  KHOLMES2
     User  . . . . . . . . . . :  KHOLMES
                                                                      3/29/06
     BL600ID              Business License History Inquiry

  Acct# 7340858    Status P Lic#   8157  Year 2001  Receipt  8157  Paid 02 05 2001

  Owner1 CURTIS DUNCAN                        Contact
  Owner2                                            BUSI  (334) 317-3903
                                                          (000) 000-0000
  Sales tax ID                   Tax Name

  email

                              Mailing Info
  Name C AND J ASSOCIATES PEST CONTROL
  Address  3485 OLD SELMA RD              Address2  P O BOX 8186
  City/St MONTGOMERY AL            Zip 36110

                              Location Info
  Name C AND J ASSOCIATES PEST CONTROL
  Address     0                          Address2  NPL
  City                    Zip  00000     Area       9


    F3 exit          F5 next account      F8 next receipt
```

```
                    Print Key Output                              Page   1
  5722SS1 V5R3M0 040528              CITY400           03/29/06  09:38:45

   Display Device  . . . . . :  KHOLMES2                          — —
   User  . . . . . . . . . :  KHOLMES

  BL600ID              Business License History Inquiry              3/29/06

Acct# 7340858    Status P Lic#  12009  Year 2000  Receipt 12009  Paid 02 23 2000

 Owner1 CURTIS DUNCAN                    Contact
 Owner2                                          BUSI  (334) 317-3903
                                                       (000) 000-0000

 Sales tax ID                 Tax Name

 email

                          Mailing Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address  3485 OLD SELMA RD              Address2  P O BOX 8186
 City/St MONTGOMERY AL           Zip 36110

                          Location Info
 Name C AND J ASSOCIATES PEST CONTROL
 Address       0                         Address2  NPL
 City                   Zip  00000       Area          9


   F3 exit          F5 next account      F8 next receipt
```