IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL and CURTIS DUNCAN, ) ) ) | |
| PLAINTIFFS, ) ) | |
| VS. ) ) | 2:06-CV-884-MEF |
| BOB RILEY, et al., ) ) ) | |
| DEFENDANTS. ) | |

RECEIVED
2006 DEC -4 A 9:40

## MOTION TO DISMISS

Comes now Defendant, Bruce Alverson, by and through counsel, and files this Motion to Dismiss in response to the Complaint filed by the Plaintiff. Pursuant to Rule 12(b)(6), Defendant requests the Court to dismiss the claims filed by the Plaintiff against him.

Respectfully submitted,

_____
William B. Alverson, Jr. (ALV005)
Attorney for Defendant, Bruce Alverson

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN
Post Office Drawer 880
Andalusia, Alabama 36420
334-222-3177

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all parties in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 1st day of December, 2006:

Mr. Curtis Duncan
C&J Associates, Pest Control
Post Office Box 8186
Montgomery, Alabama 36110

Mr. Richard H. Cater
State Finance Director's Office
State Capitol
N-105
600 Dexter Avenue
Montgomery, Alabama 36130

Mr. Robert J. Russell, Sr.
Department of Agriculture & Industries
Post Office Box 3336
1445 Federal Drive
81 Watson Circle
Montgomery, Alabama 36107

Mr. Scott L. Rouse
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130

Mr. Benjamin H. Albritton
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Mr. Robin G. Laurie
G. Lane Knight
Balch & Bingham, LLP
Post Office Box 78
Montgomery, Alabama 36101

Mr. William L. Tucker
Page, Scrantom, Sprouse,
Tucker & Ford, P.C.
Synovus Centre
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901

/s/
OF COUNSEL