IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV884-MEF |
| | ) WO |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

On November 8, 2006, this court entered an order (Doc. #27) in this case requesting that the plaintiff "secure representation by a licensed attorney authorized to practice in this court". On November 29, 2006, the plaintiff filed a Motion for the Magistrate Judge to Reconsider His Order That Plaintiff Company is a Corporation and for Plaintiff to Secure a Licensed Attorney (Doc. #38). This case was reassigned to the undersigned Magistrate Judge on November 29, 2006. Plaintiff, in his motion, has established that he is not a corporation; but rather a sole proprietor. A sole proprietor can represent the proprietorship even though he is not an attorney. *Lowery v. Hoffman*, 188 F.R.D. 651 (M.D. Ala. 1999). Therefore, it is

ORDERED that the motion to reconsider is GRANTED and that Plaintiff is not required to secure the services of a licensed attorney.

DONE this 14th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE