IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOB RILEY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06CV884-MEF<br>WO |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion for Leave to Amend by Substitution, Motion to Dismiss and Brief Supporting Motion to Dismiss (Doc. #43), filed on December 21, 2006, is hereby GRANTED.

DONE this 22nd day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE