IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV884-MEF |
| | ) | WO |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER ON MOTION

For good cause, it is

ORDERED that the Motion for Leave to Amend by Substitution, Motion to Dismiss and Brief Supporting Motion to Dismiss (Doc. #43), filed on December 21, 2006, is hereby GRANTED.

DONE this 22nd day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE