RECEIVED **IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OFALABAMA,**
2006 DEC 21  P 7:07       **NORTHERN DIVISION**

| | |
|---|---|
| G&J ASSOCIATES PEST CONTROL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-884-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

## AMENDED MOTION TO DISMISS OF BLOCH AND DEBROW

COMES NOW John Bloch, and Joe Debrow, sued in both their official and individual capacities, and by and through the undersigned counsel, moves this Honorable Court pursuant to Rule 12(b) of the Federal Rules of Civil Procedure to dismiss all the claims against them based on the following amended grounds:

1. The Plaintiffs claims are barred by the statute of limitations;

2. The Complaint fails to state a claim against these Defendants upon which relief can be granted;

3. The Plaintiffs federal law theories are barred by the immunity afforded by the Eleventh Amendment to the United States Constitution;

4. The Plaintiffs state law theories are barred by the sovereign immunity under the Constitution of the State of Alabama;

5. The Plaintiffs federal law claims against these Defendants in their individual capacities are barred by qualified immunity;

6. The Plaintiffs state law claims against these Defendants in their individual capacities are barred by State-agent immunity;

1

7.	The Plaintiffs claims for declaratory and injunctive relief are nonjusticiable; and

8.	The Plaintiffs claim for damages under the state competitive bid law is prohibited as a matter of law.

(Defendants' brief in support of this motion will be filed contemporaneously herewith.)

WHEREFORE, the above-cited grounds considered, Defendants Bloch and Debrow request this Honorable Court to enter a judgment in their favor dismissing all the Plaintiffs claims against them.

Done this 21st day of December 2006.

Respectfully submitted,

**s/Robert J. Russell**
Robert J. Russell
Bar ID Number: 4372-e60r
Assistant Attorney General and
General Counsel for the Alabama
Department of Agriculture & Industries
Attorney for Defendants Bloch & Debrow

ADDRESS OF COUNSEL:

Department of Agriculture Industries
1445 Federal Drive
Montgomery, Al 26107
Telephone: (334) 240-7117
Fax: (334) 240-7192
Email: robert.russell@agi.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

I hereby certify that I have mailed a true and correct copy by United States Postal Service the foregoing document to the following individual:

Curtis Duncan<br>
C. & J. Associates Pest Control<br>
P.O. Box 8186<br>
Montgomery, Ala 36110

**s/Robert J.Russell**
Robert J. Russell
Bar ID Number: 4372-e60r
Assistant Attorney General and
General Counsel for the Alabama
Department of Agriculture & Industries

ADDRESS OF COUNSEL:
Alabama Dept. of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama 36107-1123
(334) 240-7118 Phone
(334) 240-7192 Fax
robert.russell@agi.alabama.gov