IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOB RILEY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06CV884-MEF<br>WO |

# O R D E R

On November 6, 2006, this court referred this case to the Magistrate Judge for all "pretrial proceedings and entry of any orders or recommendations as may be appropriate". Therefore, it is

ORDERED that this case be and is hereby set for a scheduling conference on **January 29, 2007 at 2:00 p.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. **Prior to the scheduling conference, the court will review all of the pending motions; therefore, the parties should make sure that all responses to pending motions are a part of the record by that date. However, the parties should refrain from filing any additional documents to which they have not received leave of the court**.

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not

later than **January 15, 2007.**

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 22nd day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE