IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV884-MEF |
| | ) | WO |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Accompanying Plaintiff's Opposition to the Defendants' Motion to Dismiss, Plaintiff filed a "Cross-Motion for Magistrate Judge to Issue an Order to Compel the Defendants to Permit Plaintiff to View, Inspect and Copy the Public Bid File" (Doc. #50). The court previously ordered (Doc. #47) that the parties should refrain from conducting any additional discovery in responding to the motion to dismiss (Doc. #40, #42) pending before the court. Plaintiff's motion therefore is DENIED. The court hereby warns Plaintiff that failure to comply with the court's orders in the future may result in sanctions.

The court further hereby reminds Plaintiff of the obligation that future filings with the court must comply with the Federal Rules of Civil Procedure. These rules require that parties file motions separately with the court from responses in opposition to other motions. The court reiterates that failure to comply with the court's rules in future filings may result in sanctions.

DONE this 8th day of January, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE