MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 1/29/07        DIGITAL RECORDING: 2:04 - 2:16

DATE COMPLETED: 1/29/07

C & J ASSOCIATES PEST CONTROL
CURTIS DUNCAN
                                                *      2:06cv884-WC
                                                *
vs
                                                *
BOB RILEY, et al                                *

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Pro Se | * Scott Lee Rouse (Riley) | |
| | * Richard H. Carter (Nabers, Main, ) | |
| | * Benjamin Howard Albritton (King, Sawyer | |
| | *     Tarver, Lynn, Cobb, Bressler) | |
| | * Robert Jackson Russell, Sr. (Bloch, Debrow) | |
| | * William Bruce Alverson, Jr. (Alverson)-NOT | |
| | *     PRESENT notified Court by letter) | |
| | * Robin Garrett Laurie, William Tucker | |
| | * Griffin Lane Knight (Linda Shelton, | |
| | *     Knox Pest Control) | |
| | * | |

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Monica Stump, Law Clerk

---

### PROCEEDINGS:

(  ) JURY TRIAL
( x ) OTHER PROCEEDINGS:   SCHEDULING CONFERENCE

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | 2:06cv884-WC: C & J Associates Pest Control, et al: Scheduling Conference | |
| **Date** | 1/29/2007 | **Location** |
| **Time** | **Speaker** | **Note** |
| 2:04:11 PM | Court | Convenes; Request counsel and Pro Se plaintiff to identity themselves and party represented |
| 2:06:24 PM | Court | Set Case Trial Date of 11/5/07 |
| 2:11:43 PM | | Report of Parties' Planning Meeting discussed |
| 2:12:01 PM | Court | Limits 10 depositions; 5/15/07 Expert Report Due (defendant); plaintiff by 6/15/07; 5 days for trial ; Recommendation to be issued on Motions to Dismiss |
| 2:16:12 PM | | Recess |