IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOB RILEY, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 2:06CV884-MEF |

## ORDER ON MOTION

Upon review of the plaintiff's motion for miscellaneous relief (Doc. #61), filed on January 29, 2007, and for good cause, it is

ORDERED that the motion is DENIED in part and GRANTED in part. The plaintiff's request for the court to order the defendants to send copies of all filings to the plaintiff is denied. This court expect *all parties* in this action to comply with Rule 5 of the Federal Rules of Civil Procedure. Also included in this motion is plaintiff's request to supplement Motion in Opposition to the Defendant's Motion to Dismiss which should be GRANTED.

Following the scheduling conference held on January 30, 2007, this court entered a Uniform Scheduling Order (Doc. #62 and #63) which outlines deadlines to which the parties should comply and respond accordingly.

DONE this 31st day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE