IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-884-MEF |
| ) | WO |
| CURTIS DUNCAN, ) | |
| ) | |
| Defendant . ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #67) to the Recommendation of the Magistrate Judge (Doc. #66) filed on February 15, 2007 is overruled;

2. The Recommendation of the Magistrate Judge entered on February 2, 2007 is adopted;

3. The plaintiff's Motion for Default Judgment against Defendants Alverson, Bressler, Cobb, Lynn, Sawyer, Tarver (Doc. #35) and King (See Doc. #37, #59) is DENIED.

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this the 23rd day of February, 2007

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE