IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR -4  A 9: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

C&J Associates Pest Control,

CURTIS DUNCAN

Plaintiff,

VS.                                                             CV-06-884-MEF

BOB RILEY
DRAYTON NABERS
JAMES MAIN
TROY KING
KATHY SAWYER
COURTNEY TARVER
JUNE LYNN
JUDY COBB
RAY BRESSLER
JOHN BLOCH
JOE DEBROW
BRUCE ALVERSON
LINDA SHELTON
KNOX PEST CONTROL
et al.
DEFENDANTS

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO YOUR RECOMMENDATIONS

Comes now Plaintiff Curtis Duncan, Sole Proprietor/Owner of C & J Associates Pest Control ask your Honor for good cause for an extension of time to file objections to your Recommendations issued on March 23, 2007 received by Plaintiff by mail on March 28, 2007. Plaintiff was involved in a traffic accident on March 27, 2007; Plaintiff's injuries required him to taken to the hospital by ambulance. Plaintiff's right arm was broken, contusion to my chest and injury to my neck. Plaintiff has been in

constant pain since the accident and has been given a several pain killers, which include morphine, oxycodone, ibuprofen and hydrocodone. Plaintiff has experienced nausea, drowsiness, lightheadedness and dizziness.

Your Honor's Recommendations requires Plaintiff to file Objections by April 5, 2007. Because of the injuries Plaintiff sustained in the traffic accident and the medication prescribed for Plaintiff injuries, Plaintiff asks for an extension of time to May 13, 2007.

Respectfully submitted,

*[signature]*
Curtis Duncan
Plaintiff, Pro Se
C&J Associates, Pest Control
P.O. Box 8186
Montgomery, AL 36110
Phone: 334-467-6432

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I have served a true correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follow:

Scott L. Rouse
Office of the Governor
600 Dexter Avenue
Montgomery, Alabama 36130
334-2427120 Phone
334-242-2335 Fax

Richard Cater, Esq.
State Finance Department
State Capitol
600 Dexter Avenue

Montgomery, Alabama 36130

Bill Garrett, Esq.
Ben Albritton, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

Robert Russell
Alabama Dept. of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama 36107-1123
334-240-7118 Phone
334-240-7192 Fax

Robin Garrett Laurie, Esq.
Griffin Lane Knight, Esq.
Balch & Bingham
Po Box 78
Montgomery, Alabama 36101

William Leonard Tucker, Esq.
Page Scranton Sprouse
PO Box 1199
Columbus, Georgia 31902

Bruce Alverson
5741 Vendome Drive South
Mobile, Alabama 36609

_____
Curtis Duncan
Plaintiff, Pro Se