IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv884-MEF |
| | )  WO |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the Plaintiff's Motion for Extension of Time to File Objections (Doc. #72), filed on April 4, 2007, and for good cause, it is

ORDERED that the motion is GRANTED in part and DENIED in part. The court is not inclined to allow the plaintiff an extension as requested. However, the court grants the plaintiff's extension of time by allowing ten (15) working days to file objections to the court's recommendation, i.e., on or before April 26, 2007.

DONE this the 4th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE