IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv884-MEF |
| | ) | WO |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On March 23, 2007, the undersigned Magistrate Judge entered a Recommendation (Doc. #70) in the above-captioned case. The Recommendation's Conclusion (Doc. #70 at 24) inadvertently did not list Defendant John Bloch's and Joe DeBrow's Motion to Dismiss (Doc. #32), which subsequently was amended (Doc. #45), although the original motion (Doc. #32) was listed among the motions granted in the Recommendation in the opening paragraph on page one (Doc. #70 at 1). The undersigned hereby gives NOTICE that the Recommendation **also** includes, as provided on page one in the opening paragraph, the undersigned's RECOMMENDATION to DISMISS Bloch's and DeBrow's Motion to Dismiss (Doc. #32).

DONE this the 17th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE