IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 APR 19 P 4: 47

[illegible stamp: CLERK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA.]

C&J Associates Pest Control,

CURTIS DUNCAN

Plaintiff,

VS.                                         CV-06-884-MEF

BOB RILEY
DRAYTON NABERS
JAMES MAIN
TROY KING
KATHY SAWYER
COURTNEY TARVER
JUNE LYNN
JUDY COBB
RAY BRESSLER
JOHN BLOCH
JOE DEBROW
BRUCE ALVERSON
LINDA SHELTON
KNOX PEST CONTROL
et al.
DEFENDANTS

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO YOUR
RECOMMENDATIONS

Comes now Plaintiff Curtis Duncan, Sole Proprietor/Owner of C & J Associates Pest Control ask your Honor for good cause for an extension of time to file objections to your Recommendations issued on March 23, 2007 received by Plaintiff by mail on March 28, 2007. On April 4, 2007 Plaintiff asked for an extension of time to May 13, 2007. Your Honor issued an Order on April 5, 2007 granting Plaintiff an extension of time to April 26, 2007. Plaintiff was involved in a traffic accident on March 27,

2007; Plaintiff's injuries required him to be taken to the hospital by ambulance. Plaintiff's right arm was broken, contusion to my chest and injury to my neck. Plaintiff has been in constant pain since the accident and has been given several pain killers, which include morphine, oxycodone, ibuprofen and hydrocodone. Plaintiff has experienced nausea, drowsiness, lightheadedness and dizziness.

Since Your Honor issued his Order on April 5, 2007, Plaintiff's Physicians have determined from X-RAYS, CAT SCANS and MRI SCANS of my neck, that Plaintiff has Spinal Stenosis at C4-5 involving the central canal and both nerve root canals. My Physicians recommends Surgery to correct this injury to my spine. Plaintiff is taking pain medications for the injuries to my neck and my broken arm. Plaintiff is physically handicapped, because my right arm is in a cast from my hand to my elbow and Plaintiff wears a neck brace to stabilize my neck. Plaintiff can not perform any physical activity without intensifying the pain in my arm and neck. This physically pain has also prevented Plaintiff from mentally being able to concentrate, to perform the research necessary to prepare my Plaintiff's Motion In Opposition To Your Honor's Recommendation. Plaintiff being the Sole-Proprietor of company still has the responsibility of running my business. Plaintiff has the responsibility of working with the insurance companies concerning the settlement of his traffic accident. Also Plaintiff was already preparing an appeal 07-10888-G to United States Court of Appeals Eleventh Circuit, when your Honor issued Your Recommendation on March 23, 2007.

Your Honor's Order of April 4, 2007 requires Plaintiff to file Objections to Your Recommendation by April 26, 2007. Because of the aforementioned reasons and for good cause, Plaintiff asks for an extension of time to May 31, 2007, but also asks Your Honor to afford Plaintiff the opportunity to reassess his health conditions to make the May 31, 2007 dead line.

Respectfully submitted,

*(signature)*
Curtis Duncan
Plaintiff, Pro Se
C&J Associates, Pest Control
P.O. Box 8186
Montgomery, AL 36110
Phone: 334-467-6432


## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2007, I have served a true correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follow:

Scott L. Rouse
Office of the Governor
600 Dexter Avenue
Montgomery, Alabama 36130
334-2427120 Phone
334-242-2335 Fax

Richard Cater, Esq.
State Finance Department
State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

Bill Garrett, Esq.
Ben Albritton, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

Robert Russell
Alabama Dept. of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama 36107-1123
334-240-7118 Phone
334-240-7192 Fax

Robin Garrett Laurie, Esq.
Griffin Lane Knight, Esq.
Balch & Bingham
Po Box 78
Montgomery, Alabama 36101

William Leonard Tucker, Esq.
Page Scranton Sprouse
PO Box 1199
Columbus, Georgia 31902

Albrittons, Clifton, Alverson, Moody & Bowden
William Alverson
109 Opp Avenue
P.O. Drawer 880
Andalusia, Alabama 36420-0880

*/s/ Curtis Duncan 4-19-07*
Curtis Duncan
Plaintiff, Pro Se