IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv884-MEF |
| | )  WO |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On April 19, 2007, Plaintiff filed a Motion for Extension of Time to File Objections (Doc. #76). The Court observes that this is Plaintiff's second request for an extension of time. The original deadline for objections was April 5, 2007, (Doc. #70), and the undersigned granted Plaintiff an additional 21 days in which to file objections (Doc. #73). While Plaintiff continues to suffer from injuries sustained in a recent automobile accident, the undersigned observes that Plaintiff has now filed two-typed motions for extension of time, each at least two pages in length. These motions indicate to the Court that Plaintiff is capable of formulating and filing a written response. Thus, for good cause, it is

ORDERED that the motion is DENIED. The deadline for objections remains April 26, 2007.

DONE this the 20th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE