| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☒ Addressee<br>B. Received by ( *Printed Name*)    C. Date of Delivery  4/23 |
| 1. Article Addressed to:<br><br>C&J Associates Pest Control<br>PO Box 8186<br>Montgomery, AL 36110<br><br>*Olecv 884    73 Order* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0002 8193 4300 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540