IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL ) | |
| and CURTIS DUNCAN, ) | |
| ) | |
|    PLAINTIFFS, ) | |
| ) | |
| VS ) | 2:06-CV-884-MEF |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
|    DEFENDANTS. ) | |

**MOTION FOR EXTENSION TO FILE SUMMARY JUDGEMENT**

COMES NOW Defendant, Bruce Alverson, and moves the court for an Order extending the deadlines for filing of Summary Judgment, presently for August 7, 2007, pursuant to the Uniform Scheduling Order dated January 30, 2007. As ground for said motion, movant shows unto the court as follows:

1. Presently there is a summary judgment deadline of August 7, 2007.

2. Presently there are several outstanding motions that are pending before Judge Mark Fuller for the United States District Court for the Middle District of Alabama Northern Division. As these motions are pending before the court, movant requests an order extending and re-setting the deadline set forth in the uniform scheduling order until a ruling has been reached by Judge Fuller.

                                                  Respectfully submitted,

                                                  s/ William B. Alverson, Jr.
                                                  William B. Alverson, Jr.
                                                  Bar Number ASB-1162-A60W
                                                  Attorney for Defendant, Bruce Alverson
                                                  ALBRITTONS, CLIFTON, ALVERSON,
                                                  MOODY & BOWDEN
                                                  Post Office Drawer 880
                                                  Andalusia, Alabama 36420

(334) 222-3177 - Phone
(334-222-2696 - Fax
wbajr@albrittons.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys:

Mr. Curtis Duncan
C&J Associates, Pest Control
Post Office Box 8186
Montgomery, Alabama 36110

Mr. Richard H. Cater
State Finance Director's Office
State Capitol
N-105
600 Dexter Avenue
Montgomery, Alabama 36130

Mr. Robert J. Russell, Sr.
Department of Agriculture & Industries
Post Office Box 3336
1445 Federal Drive
81 Watson Circle
Montgomery, Alabama 36107

Mr. Scott L. Rouse
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130

Mr. Benjamin H. Albritton
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Mr. Robin G. Laurie
G. Lane Knight
Balch & Bingham, LLP

Post Office Box 78
Montgomery, Alabama 36101

Mr. William L. Tucker
Page, Scrantom, Sprouse,
Tucker & Ford, P.C.
Synovus Centre
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901

Griffin Lane Knight
Balch & Bingham
PO Box 78
Montgomery AL  36101-0078

                                                s/William B. Alverson, Jr.
                                                OF COUNSEL