IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOB RILEY, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv884-MEF<br>WO |

**ORDER ON MOTION**

Upon consideration of Defendant Bruce Alverson's Motion for an Extension to File Summary Judgment (Doc. #82), filed on August 3, 2007, and for good cause, it is

ORDERED that the motion (Doc. #82) is GRANTED IN PART. The summary judgment deadline for ALL DEFENDANTS is extended for one month or September 7, 2007.[1]

DONE this 7th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that Defendant Alverson requested that the Court reset the summary judgment deadline until "a ruling has been reached by Judge Fuller." The Court prefers to set a distinct, concrete deadline in this matter. The Court will consider additional requests for extensions of time as needed.