**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 24, 2007

# NOTICE OF ERROR

To:   All Counsel of Record

Case Style:   C&J Associates Pest Control et al v. Riley et al

Case Number:   2:06cv00884-MEF

Referenced Pleading:   Amended Response to Report of Parties Planning Meeting

Docket Entry Number:   84

**The referenced pleading was filed on \*\*\*August 23, 2007\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry pursuant to a phone conversation with the legal assistant to Attorney Alverson.**

**Parties are instructed to disregard #84 docketing entry, which has been stricken from the record as a docketing error.**