IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| BOB RILEY, *et al.*, | ) ) |
| Defendants. | ) |

CIVIL ACTION NO.:
2:06-CV-884-MEF

### KNOX PEST CONTROL AND LINDA SHELTON'S JOINDER IN MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Defendant's Knox Pest Control and Linda Shelton join in and adopt by reference the Motion to Extend Scheduling Order Deadlines filed by Governor Riley on September 5, 2007.

/s G. Lane Knight
One of the Attorneys for Knox Pest Control and
Linda Shelton

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com
lknight@balch.com

William L. Tucker
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

185408.1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 6th day of September, 2007:

C&J Associates Pest Control
Mr. Curtis Duncan
P.O. Box 8186
Montgomery, Alabama 36110

*Pro Se*

Scott Lee Rouse, Esq.
Office of the Governor
State Capitol
Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130

*Defendant Governor Bob Riley*

Richard H. Cater, Esq.
State Finance Director's Office
State Capitol
N-105
600 Dexter Avenue
Montgomery, Alabama 36130

*Defendants Drayton Nabers, Jr. and James Main*

Benjamin H. Albritton, Esq.
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

*Defendants Troy King, Kathy Sawyer, Courtney Tarver, June Lynn, Judy Cobb, and Ray Bressler*

Robert J. Russell, Sr., Esq.
Department of Agriculture & Industries
P.O. Box 3336
1445 Federal Drive
81 Watson Circle
Montgomery, Alabama 36107

*Defendants John Bloch and Joe Debrow*

Bruce Alverson
5741 Vendome Drive South
Mobile, Alabama 36609

*Pro Se*

/s G. Lane Knight
One of the Attorneys for Knox Pest Control and Linda Shelton

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com
lknight@balch.com


William L. Tucker
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
Synovus Centre
1111 Bay Avenue, Third Floor
Columbus, Georgia  31901