IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOB RILEY, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv884-MEF |

**ORDER ON MOTIONS**

Upon consideration of Defendant Bob Riley's Motion to Extend Scheduling Order Deadlines (Doc. #86), filed on September 5, 2007, and for good cause, it is

ORDERED that the motion (Doc. #86) is GRANTED. The summary judgment deadline for ALL NAMED PARTIES is extended for two months or until November 6, 2007. The following deadlines provided in the Uniform Scheduling Order (Doc. #62) for ALL NAMED PARTIES are also extended an additional two months: the completion of discovery (Section 7 of the Scheduling Order), the exchanging of witness lists (Section 9 of the Scheduling Order), the parties engaging in face-to-face settlement negotiations (Section 3 of the Scheduling Order), the identification of deposition excerpts to be used at trial (Section 10 of the Scheduling Order), and the furnishing of exhibits and tangible evidence to be used at trial (Section 11 of the Scheduling Order).

Based on the above determination, Defendants Knox Pest Control's and Linda Shelton's joint Motion for Joinder in the Motion to Extend Scheduling Order Deadlines

(Doc. #87) is DENIED as MOOT.

DONE this 6th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE