IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv884-MEF |
| | ) | |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

Upon consideration of all Defendants' Motion to Extend Scheduling Deadlines (Doc. #89), filed on October 25, 2007, and for good cause, it is

ORDERED that the motion (Doc. #89) is GRANTED. The summary judgment deadline for ALL NAMED PARTIES is extended **indefinitely until such time that the District Judge rules on Defendants' motions to dismiss**. The following deadlines provided in the Uniform Scheduling Order (Doc. #62) for ALL NAMED PARTIES are also extended **indefinitely until such time that the District Judge rules on Defendants' motions to dismiss**: the completion of discovery (Section 7 of the Scheduling Order), the exchanging of witness lists (Section 9 of the Scheduling Order), the parties engaging in face-to-face settlement negotiations (Section 3 of the Scheduling Order), the identification of deposition excerpts to be used at trial (Section 10 of the Scheduling Order), and the furnishing of exhibits and tangible evidence to be used at trial (Section 11

of the Scheduling Order).[1]

DONE this 25th day of October, 2007.

>/s/ Wallace Capel, Jr.
>WALLACE CAPEL, JR.
>UNITED STATES MAGISTRATE JUDGE

---

[1] Following the District Judge's determination, the undersigned will conduct, if necessary, a status conference to implement a new Uniform Scheduling Order to govern this case.