IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>        Northern        </u> DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, et al. _____, Plaintiff, v. BOB RILEY, et al. _____, Defendants, | ) ) ) ) ) ) ) ) ) ) ) CASE NO. <u>2:06-CV-884-MEF</u> |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Bruce Alverson</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

<u>12/12/2007</u>
Date

s/William B. Alverson, Jr.
(Signature)

William B. Alverson, Jr.
(Counsel's Name)

Bruce Alverson
Counsel for (print names of all parties)

Post Office Drawer 880, Andalusia, AL  36420
Address, City, State Zip Code

334-222-3177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

**CERTIFICATE OF SERVICE**

I, William B. Alverson, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic filing_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 12th day of December 20 07, to:

Mr. Curtis Duncan C&J Associates, Pest Control Post Office Box 8186 Montgomery, Alabama 36110

Mr. Scott L. Rouse Office of the Governor State Capitol, Suite NB-05 600 Dexter Avenue Montgomery, Alabama 36130

Mr. Robert J. Russell, Sr. 81 Watson Circle Montgomery, Alabama 36109

Mr. Algert S. Agricola, Jr. Slayton & O'Conner, P.C. 105 Tallapoosa Street Suite 101 Montgomery, Alabama 36104


12/12/2007                                         s/William B. Alverson, Jr.
        Date                                                Signature