IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>BOB RILEY, et al., )<br>)<br>    Defendants. ) | CV No. 2:06-CV-00884-MEF |

**CONFLICT DISCLOSURE STATEMENT**

  COMES NOW James Main, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  X  This party is an individual, or

  ☐  This party is a governmental entity, or

  ☐  There are no entities to be reported, or

  ☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

 12/14/2007
  Date

          **/s/ Richard H. Cater**
          Bar Number: ASB-0782-C42R
          Counsel for James Main
          Finance Director's Office
          State Capitol, Suite E-309
          600 Dexter Avenue
          Montgomery, Alabama 36104
          Telephone: (334) 242-7160

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 14, 2007, I electronically filed the foregoing CONFLICT DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Scott L. Rouse, Esq. | Benjamin Howard Albritton, Esq. |
| Office of the Governor | Office of the Attorney General |
| State Capitol | Alabama State House |
| 600 Dexter Avenue | 11 South Union Street |
| Montgomery, Alabama  36130 | Montgomery, Alabama  36130 |
| | |
| Robert Jackson Russell, Sr., Esq. | Robin Garrett Laurie, Esq. |
| Department of Ag. & Industries | Balch & Bingham |
| PO Box 3336 | PO Box 78 |
| Montgomery, Alabama  36107 | Montgomery, Alabama  36101 |
| | |
| William Leonard Tucker, Esq. | Griffin Lane Knight, Esq. |
| Page Scranton Sprouse | Balch & Bingham |
| PO Box 1199 | PO Box 78 |
| Columbus, Georgia  31902 | Montgomery, Alabama  36101 |

And I hereby certify that this same day I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Curtis Duncan | William B. Alverson, Jr. |
| C&J Associates Pest Control | Post Office Box 880 |
| P.O. Box 8186 | Andalusia, Alabama  36420 |
| Montgomery, Alabama 36110 | |

        Respectfully submitted,

        **/s/ Richard H. Cater**
        Bar Number:  ASB-0782-C42R
        Counsel for James Main
        Finance Director's Office
        State Capitol; Suite E-309
        600 Dexter Avenue
        Montgomery, Alabama  36104
        Phone:  (334) 242-7160