IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOB RILEY, et al., )<br>)<br>Defendants. ) | CV No. 2:06-CV-00884-MEF |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW Drayton Nabers, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

   12/14/2007
      Date

                                                **/s/ Richard H. Cater**
                                                Bar Number: ASB-0782-C42R
                                                Counsel for Drayton Nabers, Jr.
                                                Finance Director's Office
                                                State Capitol, Suite E-309
                                                600 Dexter Avenue
                                                Montgomery, Alabama  36104
                                                Telephone:  (334) 242-7160

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing CONFLICT DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Scott L. Rouse, Esq.<br>Office of the Governor<br>State Capitol<br>600 Dexter Avenue<br>Montgomery, Alabama  36130 | Benjamin Howard Albritton, Esq.<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, Alabama  36130 |
| Robert Jackson Russell, Sr., Esq.<br>Department of Ag. & Industries<br>PO Box 3336<br>Montgomery, Alabama  36107 | Robin Garrett Laurie, Esq.<br>Balch & Bingham<br>PO Box 78<br>Montgomery, Alabama  36101 |
| William Leonard Tucker, Esq.<br>Page Scranton Sprouse<br>PO Box 1199<br>Columbus, Georgia  31902 | Griffin Lane Knight, Esq.<br>Balch & Bingham<br>PO Box 78<br>Montgomery, Alabama  36101 |

And I hereby certify that this same day I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Curtis Duncan<br>C&J Associates Pest Control<br>P.O. Box 8186<br>Montgomery, Alabama 36110 | William B. Alverson, Jr.<br>Post Office Box 880<br>Andalusia, Alabama  36420 |

Respectfully submitted,

**/s/ Richard H. Cater**
Bar Number:  ASB-0782-C42R
Counsel for Drayton Nabers, Jr.
Finance Director's Office
State Capitol; Suite E-309
600 Dexter Avenue
Montgomery, Alabama  36104
Phone:  (334) 242-7160

2