# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 2:06-CV-884-MEF |
| BOB RILEY, *et al.*, ) ) | |
| Defendants. ) | |

## KNOX PEST CONTROL'S CORPORATE DISCLOSURE STATEMENT

In accordance with the Order of this Court, Defendant Knox Pest Control does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: The correct corporate entity subject to suit is Guardian Pest Services, Inc. d/b/a Knox Pest Control. Guardian Pest Services, Inc. is owned by John Knox, Justin Knox and Sean Knox. It is not a publicly traded company. It does not own any other corporate entities and it has no parent companies, subsidiaries or other reportable entities or relationships.

Respectfully submitted this the 17th day of December, 2007.

/s G. Lane Knight
One of the Attorneys for Knox Pest Control and
Linda Shelton

188086.1

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
rlaurie@balch.com
lknight@balch.com

William L. Tucker
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia 31901

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 17th day of December, 2007:

| | |
|---|---|
| C&J Associates Pest Control<br>Mr. Curtis Duncan<br>P.O. Box 8186<br>Montgomery, Alabama 36110<br><br>*Pro Se* | Scott Lee Rouse, Esq.<br>Office of the Governor<br>State Capitol<br>Suite NB-05<br>600 Dexter Avenue<br>Montgomery, Alabama 36130<br><br>*Defendant Governor Bob Riley* |
| Richard H. Cater, Esq.<br>State Finance Director's Office<br>State Capitol<br>N-105<br>600 Dexter Avenue<br>Montgomery, Alabama 36130<br><br>*Defendants Drayton Nabers, Jr. and James Main* | Benjamin H. Albritton, Esq.<br>Office of the Attorney General<br>Alabama State House<br>11 South Union Street<br>Montgomery, Alabama 36130<br><br>*Defendants Troy King, Kathy Sawyer, Courtney Tarver, June Lynn, Judy Cobb, and Ray Bressler* |
| Robert J. Russell, Sr., Esq.<br>Department of Agriculture & Industries<br>P.O. Box 3336<br>1445 Federal Drive<br>81 Watson Circle<br>Montgomery, Alabama 36107<br><br>*Defendants John Bloch and Joe Debrow* | Bruce Alverson<br>5741 Vendome Drive South<br>Mobile, Alabama 36609<br><br>*Pro Se* |

/s G. Lane Knight
One of the Attorneys for Knox Pest Control and Linda Shelton

188086.1

3