# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **C & J ASSOCIATES PEST CONTROL**, *et al.*, ) ) ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 2:06-CV-884-MEF |
| ) | |
| **BOB RILEY**, *et al.*, ) ) | |
| Defendants. ) | |

## LINDA SHELTON'S CORPORATE DISCLOSURE STATEMENT

In accordance with the Order of this Court, Defendant Linda Shelton does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: Linda Shelton, an individual, has no such entities or relationships to report.

Respectfully submitted this the 17th day of December, 2007.

/s G. Lane Knight
One of the Attorneys for Knox Pest Control and
Linda Shelton

OF COUNSEL:

Robin G. Laurie (ASB-4217-U64R)
G. Lane Knight (ASB-6748-I72K)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

188266.1

rlaurie@balch.com
lknight@balch.com

William L. Tucker
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
1111 Bay Avenue, Third Floor, Synovus Centre
Columbus, Georgia  31901

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 17th day of December, 2007:

C&J Associates Pest Control
Mr. Curtis Duncan
P.O. Box 8186
Montgomery, Alabama 36110

*Pro Se*

Scott Lee Rouse, Esq.
Office of the Governor
State Capitol
Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130

*Defendant Governor Bob Riley*

Richard H. Cater, Esq.
State Finance Director's Office
State Capitol
N-105
600 Dexter Avenue
Montgomery, Alabama 36130

*Defendants Drayton Nabers, Jr. and James Main*

Benjamin H. Albritton, Esq.
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

*Defendants Troy King, Kathy Sawyer, Courtney Tarver, June Lynn, Judy Cobb, and Ray Bressler*

Robert J. Russell, Sr., Esq.
Department of Agriculture & Industries
P.O. Box 3336
1445 Federal Drive
81 Watson Circle
Montgomery, Alabama 36107

*Defendants John Bloch and Joe Debrow*

Bruce Alverson
5741 Vendome Drive South
Mobile, Alabama 36609

*Pro Se*

/s G. Lane Knight
One of the Attorneys for Knox Pest Control and Linda Shelton