IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C&J ASSOCIATES PEST CONTROL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BOB RILEY, et al., )<br>)<br>    Defendants, ) | <br><br><br><br><br>CASE NO. 2:06-cv-884-MEF |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Governor Bob Riley, sued as both an individual and official-capacity Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x]   This party is an individual, or

[x]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party

None_____          _____

_____     _____

_____     _____

 12/18/07_____               /s/ Scott L. Rouse_____
Date                                 Counsel Signature

                                     Governor Bob Riley_____
                                     Counsel for (print names of all parties)

                                     600 Dexter Ave., Montgomery, AL 36130
                                     Address, City, State, Zip Code

                                     (334) 242-7120_____
                                     Telephone Number

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys:

>Benjamin Howard Albritton
>Richard H. Cater
>Griffin Lane Knight
>Robin Garrett Laurie
>Robert Jackson Russell, Sr.
>William Leonard Tucker

I also hereby certify that I have mailed by United States Postal Service to the following:

>C&J Associates Pest Control
>c/o Curtis Duncan
>P.O. Box 8186
>Montgomery, AL 36110

>William B. Alverson, Jr.
>P.O. Box 880
>Andalusia, AL 36420

>/s/ Scott L. Rouse
>Scott L. Rouse
>Bar Number ASB-6905-S72S
>Deputy Legal Advisor
>Office of the Governor