**Other Documents**

[2:06-cv-00884-MEF-WC C&J Associates Pest Control et al v. Riley et al (MAG+)](#)

MAG+

ERROR: Document is not a well-formed PDF document (no further information is available).

[Back]