**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

C&J ASSOCIATES PEST CONTROL,)

 Plaintiff,      )

v.          )  CASE NO. 2:06-cv-884-MEF

BOB RILEY, et al.,     )

 Defendants.      )

**CONFLICT DISCLOSURE STATEMENT**

 COMES NOW, John Bloch, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's Order No. 3047:

 This party is an individual, and has no entities to be reported.


 December 19, 2007         Respectfully submitted,
  Date

                 s/Robert J. Russell

                 John Bloch and Joe Debrow
                 Counsel for

                 1445 Federal Drive,
                 Montgomery, Al 36107

                 Telephone 334-240-7117

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I Robert J. Russell_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 19th day of December 2007 to:

Benjamin Howard Albritton; Richard H. Cater; Griffin Lane Knight; Robin Garrett Laurie; Scott L. Rouse; Robert Jackson Russell. Sr; William Leonard Tucker; and further certify that I have mailed by United States Postal Service to the following: C&J Associates Pest Control c/o CurtisDuncan. P O Box 8186. Montgomery, Al 36110; and Bruce Alverson, P. O. Box 880, Montgomery, Al 36420.

Date: December 19, 2007          Signature: s/Robert J. Russell
                                            Bar ID ASB 4372-e60r