IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

C&J ASSOCIATES PEST CONTROL,  )

    Plaintiff,  )

v.  )  CASE NO. 2:06-cv-884-MEF

BOB RILEY, et al.,  )

    Defendants.  )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW, Joe Debrow, a Defendant in the above-captioned matter , and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's Order No. 3047:

    This party is an individual, and has no entities to be reported.

  December 19, 2007                                                  Respectfully submitted,
      Date

                                                                               s/Robert J. Russell

                                                                        John Bloch and Joe Debrow
                                                                        Counsel for

                                                                        1445 Federal Drive,
                                                                        Montgomery, Al 36107

                                                                        Telephone 334-240-7117

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I Robert J. Russell_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 19th day of December 2007 to:

Benjamin Howard Albritton; Richard H. Cater; Griffin Lane Knight; Robin Garrett Laurie; Scott L. Rouse; Robert Jackson Russell. Sr; William Leonard Tucker; and further certify that I have mailed by United States Postal Service to the following: C&J Associates Pest Control c/o CurtisDuncan. P O Box 8186. Montgomery, Al 36110; and Bruce Alverson, P. O. Box 880, Montgomery, Al 36420.

Date: December 19, 2007           Signature:  s/Robert J. Russell
                                              Bar ID ASB 4372-e60r