**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 20, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   C&J Associates Pest Control et al v. Riley et al

Case Number:   2:06-cv-00884-MEF

Referenced Pleading:   Corporate/Conflict Disclosure Statement

Docket Entry Number:   105

**The referenced pleading was filed on \*\*\*December 19, 2007\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry as it was an incorrectly formed PDF document.  This pleading was E-filed by counsel.**

**Docket Entry 105 was an erroneous docket entry.   Parties are instructed to disregard #105 docketing entry and refer to docket entry # 106 for correct entry.**