IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

__C & J Associates Pest Control__ )
Plaintiff, )
)
v. )  CASE NO. __2:06-CV-884-MEF__
)
__Bob Riley, et al.,__ )
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __C & J Associates Pest Control__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[✓] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**         **Relationship to Party**
None

__12-20-07__                          __Curtis Duncan__  __Curtis Duncan__
Date                                  (Signature)

                                      __Pro Se__
                                      (Counsel's Name)

                                      __Curtis Duncan__
                                      Counsel for (print names of all parties)
                                      __P.O. Box 818__
                                      __Montgomery, AL  36110__
                                      Address, City, State Zip Code
                                      __334-221-8103__
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

**CERTIFICATE OF SERVICE**

I, _Curtis Duncan for CJ Associates Pest Control_, do hereby Certify that a true and correct copy of the foregoing has been furnished by ___U.S. Mail___ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20__ day of __December__ 20_07_ to:

Scott Rouse                    Robin Garrett Laurie
Benjamin Howard Albritton      Robert Jackson Russell, Sr.
Richard H. Cater               William Leonard Tucker
Griffin Lane Knight            William B. Alverson Jr.

_12-20-07_
Date

_Curtis Duncan_
Signature