IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___Northern___ DIVISION

C&J Associates Pest Control,  )
                              )
   Plaintiff,                 )
                              )
v.                            )  CASE NO. 2:06-cv-884-mEF
                              )
Bob Riley, et al.,            )
                              )
   Defendants,                )

RECEIVED
2007 DEC 20 P 3:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Curtis Duncan_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[✓] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**        **Relationship to Party**

___NONE___                   _____

_____      _____

_____      _____


_12-20-07_                   _Curtis Duncan_  _Curtis Duncan_
Date                         (Signature)

                             _Pro Se_
                             (Counsel's Name)

                             _Curtis Duncan_
                             Counsel for (print names of all parties)

                             P.O. Box 8186, Montgomery, AL 36110
                             Address, City, State Zip Code
                             334-221-8103
                             Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

**CERTIFICATE OF SERVICE**

I, __Curtis Duncan__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __December__ 20__07__, to:

| | |
|---|---|
| Scott L. Rouse | Robin Garrett Laurie |
| Benjamin Howard Albritton | Robert Jackson Russell, Sr. |
| Richard H. Cater | William Leonard Tucker |
| Griffin Lane Knight | William B. Alverson, Jr. |

__12-20-07__
Date

__Curtis Duncan__ __Curtis Duncan__
Signature