**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION**

| | | |
|---|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-884-MEF |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW, Attorney General Troy King, Kathy Sawyer, Courtney Tarver, June Lynn, Judy Cobb and Ray Bressler, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    XX    This party is an individual, or

    XX    This party is a governmental entity, or

           There are no entities to be reported, or

           The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

          Respectfully submitted,

          /s/ Benjamin H. Albritton
          Benjamin H. Albritton
          Assistant Attorney General
          Counsel for Attorney General Troy King, Kathy Sawyer,
          Courtney Tarver, June Lynn, Judy Cobb and Ray Bressler

ADDRESS OF COUNSEL:

Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, Alabama  36130
(334) 242-7555
(334) 242-2433 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system on this the 21st day of December, 2007.  The Clerk will send notification of this filing to all counsel of record.

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following individuals:

Curtis Duncan
C&J Associates Pest Control
P.O. Box 8186
Montgomery, Alabama 36110

          /s/Benjamin H. Albritton
          Benjamin H. Albritton
          Assistant Attorney General