IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C&J ASSOCIATES PEST CONTROL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv884-MEF |
| | ) | |
| BOB RILEY, et al., | ) | (WO- Do Not Publish) |
| | ) | |
| DEFENDANT. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the

ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all federal claims in this action judgment is ENTERED in favor

of Defendants against Plaintiff, with Plaintiff taking nothing by it claims.

(2) Plaintiff's remaining state-law claims are DISMISSED WITHOUT PREJUDICE

pursuant to 28 U.S.C. § 1367.

(3) Costs are TAXED in favor of Defendants against Plaintiff for which execution

may issue.

(4)  The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and

to close this file.

DONE this the 3rd day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE