IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

C&J Associates Pest Control,

CURTIS DUNCAN

Plaintiff,

VS.                                                                              CV-06-884-MEF

BOB RILEY
DRAYTON NABERS
JAMES MAIN
TROY KING
KATHY SAWYER
COURTNEY TARVER
JUNE LYNN
JUDY COBB
RAY BRESSLER
JOHN BLOCH
JOE DEBROW
BRUCE ALVERSON
LINDA SHELTON
KNOX PEST CONTROL

et al.

DEFENDANTS

PLAINTIFF'S MOTION FOR THE CHIEF DISTRICT JUDGE TO RECONSIDER HIS FINAL

JUDGMENT

Comes now Plaintiff Curtis Duncan, Sole Proprietor/Owner of C & J Associates Pest Control requests that your Honor reconsider his Final Judgment entered on March 3, 2008. Your Honor's Order

arbitrarily refuses to address any of the material facts Plaintiff raised in my lawsuit. This Court has arbitrarily refused to let a Pro-Se Plaintiff amend his Complaint. The Complaint and supporting letters clearly documents that the Defendants participated in a conspiracy to violate Plaintiff Civil Rights during entire bid process and during Plaintiff performance of Pest Control Contract for Mental Health and Retardations. My Complaint documents that the Defendants violated Plaintiff Statutory Rights under the Freedom of Information Act and the State of Alabama Bid Law to view the Public Bid files.

This Court has a bias for Plaintiff because his race and Pro-Se status. This Court is dishing out some good ole fashion Southern Justice, which is arbitrary to existing Federal Law and the Federal Rules and Procedures. This Court is enabling the Defendants to carry out their conspiracy by arbitrarily ignoring the material facts of this lawsuit.

Plaintiff lawsuit is not only a Civil Rights lawsuit, but also is a False Claims Lawsuit (Whistleblower Lawsuit). This Court is arbitrary trying to dismiss Plaintiff lawsuit as state claims when this Court has proper jurisdiction under the False Claims Act. This Court has prevented Plaintiff from amending False Claim to the lawsuit. This Court is arbitrary and prematurely trying to dismiss Plaintiff Lawsuit, by preventing Plaintiff from viewing a Public File that has been tampered with. The bid file is essential to the writing of my Complaint and the success of my lawsuit and this Court is helping the Defendants in this scheme. Plaintiff has cited all the proper legal authorities in my previous Motions. My lawsuit is a Civil lawsuit, but it involves criminal activity, Plaintiff will be turning the documents submitted to this Court over to the proper authorities to investigate.

Plaintiff is asking Your Honor to reconsider Order to Dismiss my lawsuit and issue and Order for Discovery.

Respectfully submitted,

_Curtis Duncan_ 4-2-08
Curtis Duncan
Plaintiff, Pro Se
C&J Associates, Pest Control
P.O. Box 8186
Montgomery, AL 36110
Phone- 334- 221-8103

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2006, I have served a true correct copy of the above and foregoing by first class, United States mail, properly address and postage prepaid, or hand delivered on defendants as follow:

Scott L. Rouse
Office of the Governor
600 Dexter Avenue
Montgomery, Alabama 36130
334-2427120 Phone
334-242-2335 Fax

Richard Cater, Esq.
State Finance Department
State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

Bill Garrett, Esq.
Ben Albritton, Esq.
Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130

Robert Russell
Alabama Dept. of Agriculture & Industries
1445 Federal Drive
Montgomery, Alabama 36107-1123
334-240-7118 Phone
334-240-7192 Fax

Robin Garrett Laurie, Esq.
Griffin Lane Knight, Esq.
Balch & Bingham
Po Box 78
Montgomery, Alabama 36101

William Leonard Tucker, Esq.
Page Scranton Sprouse
PO Box 1199
Columbus, Georgia 31902

Bruce Alverson
5741 Vendome Drive South
Mobile, Alabama 36609

*/s/ Curtis Duncan 4-2-08*

Curtis Duncan
Plaintiff, Pro Se