RECEIVED

2008 APR -2 P 11:58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

C & J Associates Pest Control
Curtis Duncan
                **Plaintiff**,           )
                                         )
vs.                                      )        CIVIL ACTION NO. 2:06-CV884-MEF
                                         )
Bob Riley et. al.,                       )
                                         )
                **Defendant**.           )

### NOTICE OF APPEAL

Notice is hereby given that C & J Associates Pest Control Curtis Duncan above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Middle District of Alabama Northern Division entered in this action on the __2nd__ day of __April__, 19 __08__.

_____
Signature: Curtis Duncan

4-2-08
Date of Signature

P.O. Box 8189
Montgomery, AL 36110
Address

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

**CERTIFICATE OF SERVICE**

I, _Curtis Duncan_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. Mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _2nd_ day of _April_ 200_8_ to:

_For all named Defendants_

_____

_____

_____

_4-2-08_  _Curtis Duncan_
Date      Signature