IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| C & J ASSOCIATES PEST CONTROL, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:06-cv-884-MEF |
| BOB RILEY, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Reconsider (Doc. #114) filed on April 3, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 4th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE