Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

May 01, 2008

**Appeal Number: 08-11570-G**
Case Style: C&J Associates Pest Control v. Bob Riley
District Court Number: 06-00884 CV-F-N

TO:   Debra P. Hackett

CC:   C&J Associates Pest Control

CC:   Curtis Duncan

CC:   Richard H. Cater

CC:   Robin G. Laurie

CC:   William L. Tucker

CC:   Griffin Lane Knight

CC:   Scott Lee Rouse

CC:   Benjamin Howard Albritton

CC:   Robert J. Russell

CC:   William Bruce Alverson, Jr.

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 01, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-11570-G**
Case Style: C&J Associates Pest Control v. Bob Riley
District Court Number:  06-00884 CV-F-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.  See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-11570-G

---

C&J ASSOCIATES PEST CONTROL, CURTIS DUNCAN

Plaintiffs-Appellants

versus

BOB RILEY, Governor of
ALabama, named individually
and in his official capacity,
DRAYTON NABERS, JR., et al.,

Defendants-Appellees.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 1st day of May, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Walter Pollard
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 1 2008
THOMAS K. KAHN
CLERK

ORD-40